B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### Jacksonville DIVISION

In re  RQB Resort, LP  
    Limited Partnership

Case No.  
Chapter  11

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Goldman Sachs Commercial<br>c/o John B. Hutton, III, Esq.<br>1221 Brickell Avenue<br>Miami FL  33131 | Phone:<br>Goldman Sachs Commercial<br>c/o John B. Hutton, III, Esq.<br>1221 Brickell Avenue<br>Miami FL  33131 | Swap Contract | D | $ 7,324,000.00 |
| 2<br>Interstate Hotel & Resort Inc.<br>4501 N. Fairfax Dr.<br>Arlington VA  22203 | Phone: 703-387-3100<br>Interstate Hotel & Resort Inc.<br>4501 N. Fairfax Dr.<br>Arlington VA  22203 | Management Contract | D | $ 462,971.54 |
| 3<br>Marriott International Inc.<br>13682 Collection Center Dr.<br>Chicago IL  60693 | Phone: 865-980-4242<br>Marriott International Inc.<br>13682 Collection Center Dr.<br>Chicago IL  60693 | Franchise Contract | | $ 293,335.00 |
| 4<br>Beaches Energy Services<br>P.O. Box 51389<br>Jacksonville Bea FL  32240 | Phone:<br>Beaches Energy Services<br>P.O. Box 51389<br>Jacksonville Bea FL  32240 | Utility | | $ 276,966.31 |
| 5<br>Jones Lang LaSalle Americas<br>153 East 53rd Street<br>33rd Floor<br>New York NY  10022 | Phone: 212-812-5700<br>Jones Lang LaSalle Americas<br>153 Easst 53rd Street<br>33rd Floor<br>New York NY  10022 | Consulting Contract | | $ 150,000.00 |

B4 (Official Form 4) (12/07)
RQB Resort, LP                                                              ,
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Carey Jax - A#852011<br>5320 Springfield Blvd.<br>Jacksonville FL   32208 | Phone:<br>Carey Jax - A#852011<br>5320 Springfield Blvd.<br>Jacksonville FL   32208 | Trade Debt | | $ 69,831.89 |
| 7<br>Chase Merchant Services<br>P.O. Box 407172<br>Fort Lauderdale FL   33340 | Phone:<br>Chase Merchant Services<br>P.O. Box 407172<br>Fort Lauderdale FL   33340 | Credit Card Services Contract | | $ 55,556.00 |
| 8<br>Sawgrass Country Club<br>10034 Golf Club Drive<br>Ponte Vedra Beac FL   32082 | Phone:<br>Sawgrass Country Club<br>10034 Golf Club Drive<br>Ponte Vedra Beac FL   32082 | Trade Debt | | $ 21,711.01 |
| 9<br>St. Johns County Utility Dept.<br>P.O. Box 1988<br>Saint Augustine FL   32085 | Phone:<br>St. Johns County Utility Dept.<br>P.O. Box 1988<br>Saint Augustine FL   32085 | Utility | | $ 20,030.00 |
| 10<br>Ibahn<br>P.O. Box 51259<br>Los Angeles CA   90051 | Phone:<br>Ibahn<br>P.O. Box 51259<br>Los Angeles CA   90051 | Internet Service Contract | | $ 14,236.00 |
| 11<br>Sawyer/Mobile Gas<br>98 S. Penman Rd.<br>Jacksonville Bea FL   32250 | Phone:<br>Sawyer/Mobile Gas<br>98 S. Penman Rd.<br>Jacksonville Bea FL   32250 | Utility | | $ 12,925.00 |
| 12<br>Cendyn<br>1515 North Federal Highway<br>Suite 419<br>Boca Raton FL   33432 | Phone:<br>Cendyn<br>1515 North Federal Highway<br>Suite 419<br>Boca Raton FL   33432 | Web Design Contract | | $ 12,000.00 |
| 13<br>Edward Don & Company<br>2562 Paysphere Circle<br>Chicago IL   60674 | Phone:<br>Edward Don & Company<br>2562 Paysphere Circle<br>Chicago IL   60674 | Trade Debt | | $ 9,925.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Marsh Landing Country Club<br>25655 Marsh Landing Parkway<br>Ponte Vedra Beac FL   32082 | Phone:<br>Marsh Landing Country Club<br>25655 Marsh Landing Parkway<br>Ponte Vedra Beac FL   32082 | Golf Services Contract | | $ 9,587.70 |
| 15<br>AVI Rental Services Division<br>P.O. Box 62257<br>Baltimore MD   21264 | Phone:<br>AVI Rental Services Division<br>P.O. Box 62257<br>Baltimore MD   21264 | Audio Visual Services Contract | | $ 9,512.99 |
| 16<br>Seaboard Waste Systems<br>P.O. Box 9001099<br>Louisville KY   40290 | Phone:<br>Seaboard Waste Systems<br>P.O. Box 9001099<br>Louisville KY   40290 | Waste Services Contract | | $ 9,462.00 |
| 17<br>Produce Distribution Center<br>2280 West 21st Street<br>Jacksonville FL   32209 | Phone:<br>Produce Distribution Center<br>2280 West 21st Street<br>Jacksonville FL   32209 | Trade Debt | | $ 9,017.00 |
| 18<br>J C Stanford & Son, Inc.<br>5666 Summerall Road<br>Jacksonville FL   32216 | Phone:<br>J C Stanford & Son, Inc.<br>5666 Summerall Road<br>Jacksonville FL   32216 | Trade Debt | | $ 8,874.00 |
| 19<br>Lodge Net<br>3900 W. Innovation St.<br>Sioux Falls SD   57107 | Phone:<br>Lodge Net<br>3900 W. Innovation St.<br>Sioux Falls SD   57107 | Movie Services Contract | | $ 7,172.00 |
| 20<br>Copytronics Inc.<br>2461 Rolac Road<br>Jacksonville FL   32207 | Phone:<br>Copytronics Inc.<br>2461 Rolac Road<br>Jacksonville FL   32207 | Supply/Services Contract | | $ 6,734.00 |

B4 (Official Form 4) (12/07)
RQB Resort, LP
_____,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A Limited Partnership

I, *David O'Halloran, President of RQB Resort GP, Inc., general partner* of the *Limited Partnership* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: March 2, 2010        Signature  *[signed] David O'Halloran*
                           Name:  David O'Halloran
                           Title: President of RQB Resort GP, Inc., general partner