UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:10-bk-01596 |
| RQB Resort, LP and RQB Development, LP,[1] | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | |

ORDER (I) AUTHORIZING DEBTORS' USE
OF CASH COLLATERAL AND (II)
**FINDING ADEQUATE PROTECTION,**

These Chapter 11 cases are before the Court on a final hearing on the Debtors' Motion for Authority to Use Cash Collateral (D.E. 9) (the "Motion") and the Objection to the Motion filed by Goldman Sachs Mortgage Company ("Goldman Sachs") (D.E. 18). A preliminary hearing on the Motion was held on March 4, 2010. Upon consideration of the Motion and the Objection and having heard argument of counsel and the Debtors'[2] proffer of evidence, it is

ORDERED:

1. The Motion is granted to the extent set forth below.

2. The Debtors have provided adequate notice of the Motion and the final hearing.

---

[1] RQB Resort, LP's tax identification number is 86-1161952. RQB Development, LP's tax identification number is 13-4322680. The principal address of each debtor is 1000 PGA Tour Boulevard, Ponte Vedra Beach, FL 32082.

[2] All terms not defined in this order have the meaning ascribed to them in the Motion.

3. There will be immediate and irreparable harm to the Debtors' estates if the Debtors are not authorized to utilize Cash Collateral in order to conduct their businesses and pay their expenses.

4. Pursuant to Section 363(c)(2) of the Bankruptcy Code, the Debtors are authorized to use Cash Collateral through the later of May 28, 2010, or until a final order on use of cash collateral is entered by the Court. The Debtors use of Cash Collateral is limited to the payment of those expenses set forth in the forecast attached as Exhibit A.

5. Goldman Sachs is adequately protected in respect of the Debtors' continued use of its Cash Collateral in accordance with the terms and provisions of this Order.

6. Goldman Sachs is (i) granted an administrative expense claim under Section 507(b) of the Bankruptcy Code and (ii) a replacement lien on all rents received by the Resort and all post-petition accounts receivable to the same extent, validity and priority as the security interests Goldman Sachs held as of the Petition Date, and solely to the extent of any diminution in value of the Goldman Sachs' Collateral.

7. As additional adequate protection to Goldman Sachs, the Debtors will provide Goldman Sachs by the 15th of each month with each of the financial reports previously provided to Goldman Sachs by the Debtors prepetition.

8. The additional security interests and liens granted Goldman Sachs by this Order shall be deemed perfected, subject to further order of the Court, without the need for filing or recording of any instrument or UCC financing statement.

9. The Debtors shall not disburse any amounts to insiders, and shall not pay any pre-petition debt (except as may be specifically authorized by this Court, upon proper notice, motion and hearing).

10. This Order shall not prejudice or limit Goldman Sachs' right to request or seek other or additional protection with respect to the Collateral or the Cash Collateral.

11. The failure by Goldman Sachs at any time to require strict performance by the Debtors of any provision of this Order shall not waive, affect or diminish any right of Goldman Sachs to demand strict compliance and performance of this Order. No delay on the part of Goldman Sachs in the exercise of any right or remedy under this Order shall preclude any other or further exercise of any right or remedy. Except as expressly provided in this Order, Goldman Sachs shall not be deemed to have suspended or waived any of its rights or remedies unless such suspension or waiver is in writing, signed by a duly authorized officer of Goldman Sachs and directed to the Debtors.

12. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated April 9, 2010 in Jacksonville, Florida.

Paul M. Glenn
Chief United States Bankruptcy Judge

Copies furnished to:
Cynthia C. Jackson who shall serve a copy of this order to all parties on the service short list established in these cases and file a certificate of service.

00694381.2

# EXHIBIT A

Sawgrass Marriott

Weekly Receipts and Disbursement Forecast

Weekly Summary

($ in thousands)

| | Actual | Actual | Actual | | | | | | | | | | | 13 weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | Week 1 to 3/5/2010 | Week 2 to 3/12/2010 | Week 3 to 3/19/2010 | Week 4 to 3/26/2010 | Week 5 to 4/2/2010 | Week 6 to 4/9/2010 | Week 7 to 4/16/2010 | Week 8 to 4/23/2010 | Week 9 to 4/30/2010 | Week 10 to 5/7/2010 | Week 11 to 5/14/2010 | Week 12 to 5/21/2010 | Week 13 to 5/28/2010 | to 2nd April |
| | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| **Receipts** | | | | | | | | | | | | | | |
| Room Receipts | 397 | 227 | 436 | 478 | 200 | 126 | 280 | 573 | 156 | 121 | 535 | 962 | 545 | 5,036 |
| Food & Beverage Receipts | 332 | 163 | 346 | 450 | 104 | 124 | 358 | (49) | 601 | 467 | 345 | (250) | 227 | 3,218 |
| Other Hotel & Villa Receipts | 276 | 171 | 216 | 199 | 195 | 118 | 97 | 284 | 79 | 240 | 153 | 199 | 281 | 2,510 |
| Advanced Deposits | 59 | 320 | 112 | - | - | - | - | - | - | - | - | - | - | 490 |
| Cabana Club Membership Fee's | 135 | - | - | 40 | - | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 246 |
| **Total Receipts** | 1,199 | 881 | 1,110 | 1,167 | 500 | 378 | 743 | 817 | 844 | 836 | 1,042 | 920 | 1,062 | 11,501 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Trade Creditors / Payables | (140) | (38) | (545) | (241) | (198) | (601) | (291) | (523) | (249) | (253) | (264) | (425) | (153) | (3,922) |
| Payroll & Benefits | - | (501) | - | (540) | - | (584) | - | (590) | - | (588) | - | (664) | - | (3,466) |
| Sales Tax | - | - | (145) | - | - | - | - | (344) | - | - | - | (281) | - | (770) |
| Professional Fee | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Franchisee Fee | - | - | - | - | - | - | - | (289) | - | - | - | (157) | - | (446) |
| Mgt. Fee | - | - | - | - | - | - | - | (43) | - | - | - | (98) | - | (141) |
| Insurance 2010 | - | - | - | - | - | (500) | - | - | (257) | - | - | - | - | (757) |
| Property Tax | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance 2011 (ESCROW) | - | - | - | - | - | - | - | - | (79) | - | - | - | (79) | (157) |
| F&E ESCROW | - | - | - | - | (114) | - | - | - | (98) | - | - | - | (99) | (311) |
| **Total Operational Disbursements** | (140) | (539) | (691) | (780) | (312) | (1,685) | (291) | (1,789) | (682) | (841) | (264) | (1,625) | (330) | (9,970) |
| **Operational Cash Movements in the Week** | 1,059 | 342 | 420 | 386 | 188 | (1,307) | 452 | (972) | 163 | (5) | 778 | (705) | 731 | 1,531 |
| **Reserve Movements** | | | | | | | | | | | | | | |
| Insurance 2011 (ESCROW) | - | - | - | - | - | - | - | - | 79 | - | - | - | 79 | 157 |
| Insurance 2010 (ESCROW release) | - | - | - | - | - | (119) | - | - | - | - | - | - | - | (119) |
| **Total Reserve Mvt.** | - | - | - | - | - | (119) | - | - | 79 | - | - | - | 79 | 38 |
| **All Cash Mvt. in Week** | 1,059 | 342 | 420 | 386 | 188 | (1,426) | 452 | (972) | 241 | (5) | 778 | (705) | 810 | 1,569 |
| **Opening Cash** | 2,814 | 3,873 | 4,215 | 4,634 | 5,021 | 5,208 | 3,901 | 4,353 | 3,382 | 3,544 | 3,540 | 4,318 | 3,613 | 2,814 |
| **Closing Cash** | 3,873 | 4,215 | 4,634 | 5,021 | 5,208 | 3,901 | 4,353 | 3,382 | 3,544 | 3,540 | 4,318 | 3,613 | 4,344 | 4,344 |