UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:10-bk-01596 |
| RQB Resort, LP and RQB Development, LP[1] | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |

## APPLICATION TO EMPLOY
## JONES LANG LASALLE AMERICAS, INC.
## AS ADVISORS FOR DEBTORS

RQB Resort, LP and RQB Development, LP (collectively, the "Debtors"), apply for an order pursuant to Section 327(a) of the Bankruptcy Code authorizing their retention of Jones Lang LaSalle Americas, Inc. ("JLL") as advisors in connection with the Debtors' efforts to raise capital with which to reorganize, and in support state:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. On March 1, 2010 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). Information regarding the Debtors, including their business operations, capital debt structure and the events leading to the filing of these cases is contained in the Case Summary the Debtors filed on the Petition Date (D.E. 2).

3. The Debtors operate their businesses and manage their properties as debtors in possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code. On the Petition Date, the Debtors filed a motion requesting that these Chapter 11 cases be jointly administered (D.E. 3). No trustee, examiner or committee has been appointed in these cases.

4. In connection with developing a plan in these cases, the Debtors need assistance in raising capital for reorganization. The Debtors have selected JLL because JLL assisted the Debtors prior to the Petition Date in the Debtors' efforts to raise funds and as such, has extensive knowledge of the Debtors' business. JLL further has considerable experience and knowledge generally in raising capital. Pursuant to the terms of JLL's engagement, JLL will analyze the market value of the Debtors and create and implement a marketing plan to find new capital for the Debtors. JLL will also assist the Debtors in structuring a plan of reorganization with the new capital obtained. Under the engagement, JLL will be entitled to a fee equal to 2.5% of the capital raised (not to be less than $600,000 or greater than $1 million) upon closing of a successful transaction. If the Debtors do not proceed with a transaction during the term of the agreement, JLL will be entitled to a fee of $150,000.

5. JLL is owed $150,000 for services rendered to the Debtors prepetition. JLL will waive this claim upon the Court's approval of their retention. Accordingly, JLL represents no interest adverse to the debtors in possession or to their estates in the matters

---

[1] RQB Resort, LP's tax identification number is 86-1161952. RQB Development, LP's tax identification number is 13-4322680. The principal address of each debtor is 1000 PGA Tour Boulevard, Ponte Vedra Beach, FL 32082.

upon which they are to be engaged. To the best of the Debtors' knowledge, JLL has no connection with the creditors or any other party in interest or their respective attorneys.

WHEREFORE, the Debtors request entry of an order authorizing them to retain and employ JLL as their appraiser in these jointly administered cases.

SMITH HULSEY & BUSEY


By:    */s/ Cynthia C. Jackson*
       Stephen D. Busey
       Cynthia C. Jackson

Florida Bar Number 117790
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

<u>Certificate of Service</u>

I certify that a copy of this document was furnished electronically through the Court's CM/ECF electronic notification system to United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 17th day of May, 2010.

<u>/s/ Cynthia C. Jackson</u><br>
Attorney

00702975