# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:10-bk-01596 |
| RQB Resort, LP and RQB Development, LP,[1] | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## DEBTORS' MOTION TO VALUE SECURED CLAIM OF GOLDMAN SACHS MORTGAGE COMPANY

RQB Resort L.P. and RQB Development L.P. (collectively, the "Debtors") jointly move the Court pursuant to 11 USC § 506(a), Rule 3012, Federal Rules of Bankruptcy Procedures and Local Rule 3012-1, for entry of an order valuing the secured claims (Claim Nos. 23 and 40) of Goldman Sachs Mortgage Company ("Goldman Sachs") and state:

1. On March 1, 2010 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). Information regarding the Debtors, including their business operations, capital debt structure and the events leading up to the filing of these cases is contained in the Case Summary the Debtors filed on the Petition Date (D.E. 2).

---

[1] RQB Resort, LP's tax identification number is 86-1161952. RQB Development, LP's tax identification number is 13-4322680. The principal address of each debtor is 1000 PGA Tour Boulevard, Ponte Vedra Beach, FL 32082.

2. The Debtors operate their businesses and manage their properties as debtors in possession pursuant to Section 1107 and 1108 of the Bankruptcy Code. These cases are being jointly administered.

3. Goldman Sachs is the Debtors' largest creditor. On June 14, 2010, Goldman filed a proof of claim against RQB Resort (Claim No. 40) and a proof of claim against RQB Development (Claim No. 23), each asserting a claim of $195,783,259.48, secured by substantially all of the Debtors' assets. The Debtors' assets consist primarily of the Resort, including the Marriott Hotel, 83 Golf Villas and the Cabana Club, all located in Ponte Vedra Beach, Florida (collectively, the "Collateral").[2] Goldman asserts that its Claims are secured up to $135,300,000 and unsecured in the amount of $60,483,289.48. The Debtors disagree with these numbers.

4. In order to confirm a plan of reorganization in these cases, the Debtors request the Court to determine what portion of Goldman Sachs' $195 million claims are secured. Pursuant to Section 506(a) of the Bankruptcy Code, a claim is secured to the extent of the value of the collateral securing the claim.

5. This Motion will be served in accordance with Local Rule 3012-1.

---

[2] All undefined capitalized terms have the meaning ascribed to them in the Case Management Summary.

WHEREFORE, the Debtors request that the Court enter an order determining the value of Goldman Sachs' secured claim and for such other relief as is just.

Dated: June 17, 2010.

SMITH HULSEY & BUSEY

By:   */s/ Cynthia C. Jackson*
　　　Stephen D. Busey
　　　Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Counsel for the Debtors

00709167