# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:10-bk-01596 |
| RQB Resort, LP and RQB Development, LP,[1] | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## THIRD ORDER (I) AUTHORIZING DEBTORS' CONTINUED USE OF CASH COLLATERAL, AND (II) FINDING ADEQUATE PROTECTION

These Chapter 11 cases are before the Court on the Debtors' Continued Motion for Authority to Continue to Use Cash Collateral (D.E. 138) (the "Motion"). Upon consideration of the Motion and having heard argument of counsel and having considered the Debtors'[2] proffer of evidence, it is

ORDERED:

1. The Motion is granted to the extent set forth below.

2. The Debtors have provided adequate notice of the Motion and the hearing.

3. There will be immediate and irreparable harm to the Debtors' estates if the Debtors are not authorized to continue to utilize Cash Collateral in order to conduct their businesses and pay their expenses.

---

[1] RQB Resort, LP's tax identification number is 86-1161952. RQB Development, LP's tax identification number is 13-4322680. The principal address of each debtor is 1000 PGA Tour Boulevard, Ponte Vedra Beach, FL 32082.

[2] All terms not defined in this order have the meaning ascribed to them in the Motion.

4. Pursuant to Section 363(c)(2) of the Bankruptcy Code, the Debtors are authorized to continue to use Cash Collateral for an additional 13-week period ending February 25, 2011. The Debtors use of Cash Collateral is limited to the payment of those expenses set forth in the forecast attached as Exhibit A. As to the professional fees set forth in the forecast, the Court is not approving such professional fees by way of this Order, and is not authorizing such fees to be paid by way of this Order; rather, the Debtors and their professionals may follow the procedures set forth in the Court's order dated April 9, 2010, establishing interim compensation procedures (ECF No. 96) and Goldman Sachs may object to such payments as provided in that order.

5. Goldman Sachs is adequately protected in respect of the Debtors' continued use of its Cash Collateral in accordance with the terms and provisions of this Order.

6. Goldman Sachs is (i) granted an administrative expense claim under Section 507(b) of the Bankruptcy Code and (ii) a replacement lien on all post-petition accounts receivable to the same extent, validity and priority as the security interests Goldman Sachs held as of the Petition Date, and solely to the extent of any diminution in value of the Goldman Sachs' Collateral. The replacement lien is in addition to the post-petition liens that Goldman Sachs has under Section 552 for "fees, charges, accounts or other payments for the use or occupancy of rooms and other public facilities" at the Debtors' Resort.

7. As additional adequate protection to Goldman Sachs, the Debtors will provide Goldman Sachs by the 15th of each month with each of the financial reports previously provided to Goldman Sachs by the Debtors prepetition. In addition, the Debtors shall provide Goldman Sachs with a budget-to-actual report by the 15th of each month, showing the Debtors' actual financial performance as against the budgeted performance in

the forecast attached as Exhibit A for the four weeks ended in the immediately preceding month and the Debtors' accounts payable as of the end of each such week.

8. The additional security interests and liens granted Goldman Sachs by this Order shall be deemed perfected, subject to further order of the Court, without the need for filing or recording of any instrument or UCC financing statement.

9. The Debtors shall not disburse any amounts to insiders, and shall not pay any pre-petition debt (except as may be specifically authorized by this Court, upon proper notice, motion and hearing).

10. This Order shall not prejudice or limit the Goldman Sachs' right to request or seek other or additional protection with respect to the Collateral or the Cash Collateral.

11. The failure by Goldman Sachs at any time to require strict performance by the Debtors of any provision of this Order shall not waive, affect or diminish any right of Goldman Sachs to demand strict compliance and performance of this Order. No delay on the part of Goldman Sachs in the exercise of any right or remedy under this Order shall preclude any other or further exercise of any right or remedy. Except as expressly provided in this Order, Goldman Sachs shall not be deemed to have suspended or waived any of its rights or remedies unless such suspension or waiver is in writing, signed by a duly authorized officer of Goldman Sachs and directed to the Debtors.

12. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

13. A continued hearing on the Motion will be held before this Court on February 24, 2011 at 1:30 pm

Dated November 29, 2010 in Jacksonville, Florida.

_____
Paul M. Glenn
Chief United States Bankruptcy Judge

Copies furnished to:
Cynthia C. Jackson who shall serve a copy of this order to all parties on the service short list established in these cases and file a certificate of service.

732492

4

# EXHIBIT A

Sawgrass Marriott
Weekly Receipts and Disbursement Forecast
Weekly Summary
($ in thousands)

| Week Ending | Actual Week 1 to 34 22nd Oct 2010 | Forecast Week 1 to 34 22nd Oct 2010 | Variance to 22nd Oct 2010 | Forecast Week 35 10/29/2010 | Forecast Week 36 11/5/2010 | Forecast Week 37 11/12/2010 | Forecast Week 38 11/19/2010 | Forecast Week 39 11/26/2010 | Forecast Week 40 12/3/2010 | Forecast Week 41 12/10/2010 | Forecast Week 42 12/17/2010 | Forecast Week 43 12/24/2010 | Forecast Week 44 12/31/2010 | Forecast Week 45 1/7/2011 | Forecast Week 46 1/14/2011 | Forecast Week 47 1/21/2011 | Forecast Week 48 1/28/2011 | Forecast Week 49 2/4/2011 | Forecast Week 50 2/11/2011 | Forecast Week 51 2/18/2011 | Forecast Week 52 2/25/2011 | Actual to week 34 | Forecast to Week 52 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | | | | | | | | | | | | | | | | |
| Room Receipts | 10,688 | 11,157 | (469) | 246 | 71 | 226 | 357 | 353 | 79 | 190 | 486 | 513 | 113 | 510 | 174 | 195 | 113 | 44 | 181 | 549 | 382 | 15,470 |
| Food & Beverage Receipts | 8,250 | 7,201 | 1,048 | 208 | 49 | 188 | 257 | 336 | 49 | 18 | 613 | 443 | 25 | 463 | 86 | 133 | 35 | 179 | 422 | 480 | 264 | 12,499 |
| Other Hotel & Villa Receipts | 5,416 | 5,236 | 180 | 93 | 30 | 87 | 127 | 126 | 42 | 72 | 144 | 191 | 96 | 176 | 74 | 81 | 56 | 87 | 89 | 62 | 173 | 7,222 |
| Advanced Deposits | 5,121 | 275 | 4,846 | 220 | 45 | 45 | 45 | 45 | 45 | 85 | 85 | 85 | 85 | 102 | 102 | 102 | 102 | 77 | 77 | 77 | 77 | 6,619 |
| Cabana Club Membership Fee's | 301 | 492 | (191) | | | | | | | | | | | | | | | | | 810 | 203 | 1,314 |
| **Total Receipts** | 29,775 | 24,360 | 5,415 | 768 | 195 | 546 | 786 | 861 | 215 | 365 | 1,327 | 1,231 | 319 | 1,252 | 437 | 511 | 306 | 387 | 769 | 1,977 | 1,098 | 43,124 |
| **Operating Disbursements** | | | | | | | | | | | | | | | | | | | | | | |
| Trade Creditors / Payables | (12,121) | (9,084) | (3,037) | (277) | (388) | (194) | (266) | (353) | (223) | (216) | (170) | (516) | (154) | (106) | (154) | (334) | (89) | (326) | (512) | (492) | (664) | (17,581) |
| Payroll & Benefits | (8,490) | (9,412) | 922 | (20) | (450) | (20) | (460) | (20) | (448) | (20) | (522) | (20) | (369) | (21) | (493) | (21) | (53) | (21) | (571) | (21) | (567) | (13,307) |
| Sales Tax | (1,701) | (1,924) | 223 | | | | (269) | | (377) | | (205) | | | | | (242) | | | | (217) | | (2,614) |
| Professional Fee | (629) | (1,528) | 900 | (20) | (7) | (11) | (190) | (144) | | (16) | (260) | (17) | (137) | | (40) | (229) | (20) | | (10) | (27) | (217) | (2,349) |
| Franchise Fee | (914) | (1,053) | 139 | | | | | (157) | | | | (134) | | | | (117) | (75) | | | (31) | | (1,453) |
| Mgt. Fee | (545) | (657) | 111 | | | | | | (88) | | | | (83) | | | | | | | | (79) | (870) |
| Insurance 2010 | (900) | (649) | (251) | | | | | | | | | | | | | | (113) | (113) | | | | (900) |
| Property Tax | | | | | | | | | | | | | | | | | | (79) | | | | (226) |
| Insurance 2011 (ESCROW) | (474) | (552) | 78 | (79) | | | | (79) | (98) | | | | (79) | | | | | (150) | | (79) | (113) | (869) |
| FF&E ESCROW | (496) | (791) | 295 | (57) | | | | | | | | | (108) | | | | | | | | (158) | (1,066) |
| **Total Operational Disbursements** | (26,271) | (25,650) | (620) | (453) | (846) | (225) | (1,186) | (753) | (1,239) | (252) | (1,155) | (686) | (1,130) | (127) | (687) | (963) | (1,078) | (347) | (1,093) | (888) | (1,876) | (41,256) |
| **Operational Cash Movements in the Week** | 3,505 | (1,290) | 4,794 | 315 | (651) | 321 | (400) | 108 | (1,024) | 112 | 172 | 545 | (811) | 1,125 | (251) | (452) | (772) | 40 | (324) | 1,089 | (779) | 1,869 |
| **Reserve Movements** | | | | | | | | | | | | | | | | | | | | | | |
| Insurance 2011 (ESCROW) | 474 | 552 | (78) | 79 | | | | 79 | | | | | 79 | | | | 79 | | | | 79 | 869 |
| Property Tax (ESCROW 2011) | | | | | | | | | | | | | | | | | | | | | 113 | 226 |
| Insurance 2010 (ESCROW release) | (119) | (294) | 175 | | | | | | | | | | | | | | | | | | (119) | (119) |
| FF&E (2011 2.5% of 5%) | | | | | | | | | | | | | | | | | | | | | 79 | 79 |
| **Total Reserve Mvt.** | 355 | 258 | 97 | 79 | | | | 79 | | | | | 79 | | | | 192 | | | | 271 | 1,055 |
| **All Cash Mvt.** | 3,860 | (1,032) | 4,891 | 394 | (651) | 321 | (400) | 187 | (1,024) | 112 | 172 | 545 | (732) | 1,125 | (251) | (452) | (580) | 40 | (324) | 1,089 | (508) | 2,924 |
| **Opening Cash** | 2,814 | 2,814 | | 6,318 | 6,633 | 5,982 | 6,303 | 5,903 | 6,011 | 4,987 | 5,099 | 5,271 | 5,817 | 5,006 | 6,131 | 5,880 | 5,428 | 4,656 | 4,696 | 4,372 | 5,461 | 2,814 |
| **Closing Cash** | 2,814 | 6,318 | 1,524 | 4,794 | 6,633 | 5,982 | 6,303 | 5,903 | 6,011 | 4,987 | 5,099 | 5,271 | 5,817 | 5,006 | 6,131 | 5,880 | 5,428 | 4,656 | 4,696 | 4,372 | 5,461 | 4,682 |
| Opening Cash (incl La Salle ESCROW) | 3,352 | 3,352 | | 7,212 | 7,605 | 6,954 | 7,275 | 6,875 | 7,062 | 6,038 | 6,151 | 6,323 | 6,868 | 6,136 | 7,261 | 7,011 | 6,559 | 5,978 | 6,018 | 5,694 | 6,784 | 3,352 |
| Closing Cash (incl La Salle ESCROW) | 3,352 | 2,320 | 4,891 | 7,605 | 6,954 | 7,275 | 6,875 | 7,062 | 6,038 | 6,151 | 6,323 | 6,868 | 6,136 | 7,261 | 7,011 | 6,559 | 5,978 | 6,018 | 5,694 | 6,784 | 6,276 | 6,276 |
| Accounts Receivable | 1,761 | 831 | (2,041) | 994 | 1,439 | 1,597 | 1,459 | 1,096 | 1,577 | 2,437 | 1,753 | 935 | 1,686 | 1,009 | 1,267 | 1,613 | 2,649 | 3,558 | 3,626 | 3,151 | 3,296 | 3,296 |
| Prepayment | 509 | 787 | | 766 | 749 | 733 | 716 | 699 | 682 | 661 | 640 | 619 | 598 | 576 | 554 | 532 | 510 | 488 | 466 | 444 | 422 | 422 |