UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No: 3:10-bk-1596
       Chapter  11

RQB RESORT, LP, and
RQB DEVELOPMENT, LP,

          Debtors.            /

## NOTICE OF PRELIMINARY HEARING

PLEASE TAKE NOTICE that a preliminary hearing is scheduled for December 9, 2010, at 9:00 a.m. before the Honorable Paul M. Glenn, United States Chief Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4A, Jacksonville, Florida, 32202, to consider the **Renewed Motion Of Secured Creditor, Goldman Sachs Mortgage Company, For Adequate Protection Or, In The Alternative, For Stay Relief** [D.E. 328].

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

| | |
|---|---|
| Date: November 30, 2010. | GREENBERG TRAURIG, P.A.<br>*Attorneys for Goldman Sachs Mortgage Company*<br>1221 Brickell Avenue<br>Miami, FL 33131<br>Phone (305) 579-0500<br>Fax (305) 579-0717<br><br>BY: /s/ John B. Hutton<br>JOHN B. HUTTON<br>Florida Bar No. 902160<br>huttonj@gtlaw.com<br>SCOTT M. GROSSMAN<br>Florida Bar No. 0176702<br>grossmansm@gtlaw.com<br>ARI NEWMAN<br>Florida Bar No. 56575<br>newmanar@gtlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on November 30, 2010 via transmission of Notices of Electronic Filing generated by CM/ECF on those parties listed on the Electronic Mail Notice List below, and by first class U.S. mail, postage prepaid, on those parties listed on the Manual Notice List below.

/s/ John B. Hutton
JOHN B. HUTTON

# SERVICE LIST

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case.

Lindsey C. Brock on behalf of Creditor Monique Rigby
brock@rumrelllaw.com

Jacob A Brown on behalf of Creditor Ellen Pan, M.D.
jacob.brown@akerman.com, jennifer.meehan@akerman.com;kayla.gothier@akerman.com

Betsy C Cox on behalf of Creditor PGA Tour, Inc.
bcox@rtlaw.com, aruff@rtlaw.com

Gardner F. Davis on behalf of Creditor Marriott International, Inc.
gdavis@foley.com, khall@foley.com;dpbarnes@foley.com;jwolfel@foley.com

Joseph D Frank on behalf of Other Prof. Jones Lang LaSalle Americas, Inc.
jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com;rheiligman@fgllp.com

Scott M Grossman on behalf of Creditor Goldman Sachs Mortgage Company
grossmansm@gtlaw.com, jacksont@gtlaw.com;MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com

John B Hutton on behalf of Creditor Goldman Sachs Mortgage Company
huttonj@gtlaw.com, thompsonc@gtlaw.com;MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com

Cynthia C. Jackson on behalf of Debtor RQB Development, LP
cjackson@smithhulsey.com, tcopeland@smithhulsey.com;kgammill@smithhulsey.com;zwarren@smithhulsey.com;adamsa@smithhulsey.com

Ari Newman on behalf of Creditor Goldman Sachs Mortgage Company
newmanar@gtlaw.com, miaecfbky@gtlaw.com

Miriam G Suarez on behalf of U.S. Trustee United States Trustee - JAX 11
Miriam.G.Suarez@usdoj.gov

United States Trustee - JAX 11
USTP.Region21.OR.ECF@usdoj.gov

Ben J Weaver on behalf of Creditor Ellen Pan, M.D.
bweaver@weaverandweaverlaw.com

Alan M. Weiss on behalf of Creditor Interstate Hotels & Resorts, Inc.
alan.weiss@hklaw.com

**Manual Notice List (via first class U.S. mail, postage prepaid)**

RQB Resort, LP
1000 PGA Tour Blvd.
Ponte Vedra Beach, FL 32082-3036

John J. Wolfel Jr
PO Box 240
Jacksonville, FL 32201-0240

Karen Lee Turner
Eckert Seamans Cherrin & Mellott, LLC
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

List of Twenty Largest Creditors

Interstate Hotel & Resort Inc.
4501 N. Fairfax Dr.
Arlington VA 22203

Marriott International Inc.
13682 Collection Center Dr.
Chicago IL 60693

Beaches Energy Services
P.O. Box 51389
Jacksonville Beach FL 32240

Jones Lang LaSalle Americas
153 East 53rd Street
33rd Floor
New York NY 10022

Carey Jax - A#852011
5320 Springfield Blvd.
Jacksonville FL 32208

Chase Merchant Services
P.O. Box 407172

Fort Lauderdale FL 33340

Sawgrass Country Club
10034 Golf Club Drive
Ponte Vedra Beach FL 32082

St. Johns County Utility Dept. St.
P.O. Box 1988
Saint Augustine FL 32085

Ibahn
P.O. Box 51259
Los Angeles CA 90051

Sawyer/Mobile Gas
98 S. Penman Rd.
Jacksonville Bea FL 32250

Cendyn
1515 North Federal Highway
Suite 419
Boca Raton FL 33432

Edward Don & Company
2562 Paysphere Circle
Chicago IL 60674

Marsh Landing Country Club
25655 Marsh Landing Parkway
Ponte Vedra Beach FL 32082

AVI Rental Services Division
P.O. Box 62257
Baltimore MD 21264

Seaboard Waste Systems
P.O. Box 9001099
Louisville KY 40290

Produce Distribution Center
2280 West 21st Street
Jacksonville FL 32209

J C Stanford & Son, Inc.
5666 Summerall Road
Jacksonville FL 32216

Lodge Net
3900 W. Innovation St.
Sioux Falls SD 57107

Copytronics Inc.
2461 Rolac Road
Jacksonville FL 32207

*MIA 181,571,060v2 11-29-10*