UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

In re                                                   Case No.3:10-bk-1596-PMG

RQB Resort, LP, and                                     Chapter 11
RQB Development, LP                                     Jointly Administered

                Debtors.
_____/

## ORDER ON DEBTORS' MOTION TO VALUE SECURED CLAIM<br>OF GOLDMAN SACHS MORTGAGE COMPANY

This Case came before the Court on the Debtors' Motion to Value Secured Claim of Goldman Sachs Mortgage Company (the Motion). (Doc. #166). On December 9, 2010, and December 10, 2010, the Court held an evidentiary hearing on the Motion and at the conclusion of the trial took the matter under advisement. The Debtors sought to have the Court value the property securing the claims of Goldman Sachs Mortgage Company (Claim Number 40 in the RQB Resort, LP, case and Claim Number 23 in the RQB Development, LP, case) at eighty-eight million nine hundred thousand dollars ($88,900,000.00). Goldman Sachs Mortgage Company sought to have the Court value the property securing its claims at one hundred and thirty two million dollars ($132,000,000.00). The Court considered the evidence presented at the hearing, and for the reasons stated on the record in open court on December 30, 2010, that shall constitute the decision of the Court, the Court finds the value of the property securing the claims of Goldman Sachs Mortgage Company as of November 23, 2010, at one hundred and thirty two million dollars ($132,000,000.00).

Accordingly, it is

**ORDERED:**

The property securing the claims of Goldman Sachs Mortgage Company in these cases is valued as of November 23, 2010, at one hundred and thirty two million dollars ($132,000,000.00).

Dated this 6 day of January, 2011, in Jacksonville, Florida.

**BY THE COURT**

Paul M. Glenn
Chief United States Bankruptcy Judge