[3902] [Notice of Cancellation and Rescheduling]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:10–bk–01596–PMG
Chapter 11

RQB Resort, LP
aka Sawgrass Marriott Resort & Cabana Club

_____Debtor(s)_____/

NOTICE OF CANCELLATION AND RESCHEDULING

 NOTICE IS GIVEN that a hearing scheduled to be heard in this case on February 24, 2011 IS RESCHEDULED AND will be held on February 23, 2011 , at 1:30 p.m. , in 4th Floor Courtroom 4A , 300 North Hogan Street, Jacksonville, Florida, to consider and act upon the following matter:

(1) Motion to Use Cash Collateral;
(2) Renewed Motion of Secured Creditor, Goldman Sachs Mortgage Company for Adequate Protection, or in the alternative Motion for Relief from Stay

and transact such other business as may properly come before the hearing.

 Dated January 24, 2011.

Lee Ann Bennett, Clerk of Court
300 North Hogan Street Suite 3–350
Jacksonville, FL 32202

 Copies furnished to:
 All Interested Parties