UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              Case No.3:10-bk-1596-PMG

RQB Resort, LP, and                                Chapter 11
RQB Development, LP                                Jointly Administered

        Debtors.
_____/

## ORDER DENYING DEBTORS' MOTION FOR RECONSIDERATION

This Case came before the Court on the Debtors' Motion for Reconsideration. (the Motion). (Doc. #379). The Debtors' Motion seeks reconsideration of the Order on Debtors' Motion to Value Secured Claim of Goldman Sachs Mortgage Company entered on January 6, 2011 (the Order Valuing Secured Claim). (Doc. 364). The Order Valuing Secured Claim valued the property securing the claims of Goldman Sachs Mortgage Company (Claim Number 40 in the RQB Resort, LP, case and Claim Number 23 in the RQB Development, LP, case) at one hundred and thirty two million dollars ($132,000,000.00).

On February 23, 2011, the Court held a hearing on the Motion and at the conclusion of the hearing took the matter under advisement. The Court considered the evidence, and for the reasons stated on the record in open court on March 23, 2011, that shall constitute the decision of the Court, the Court shall deny the Motion.

Accordingly, it is

**ORDERED:**

The Debtors' Motion for Reconsideration is denied.

Dated this 24 day of March 2011, in Jacksonville, Florida.

                                    **BY THE COURT**

                                    _____
                                    Paul M. Glenn
                                    Chief United States Bankruptcy Judge