# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 3:10-bk-01596 |
| RQB Resort, LP and RQB Development, LP., | Chapter 11 |
| Debtors. | (Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)(2)

1. A claim has been filed in RQB Development, LP, et al., Case No. 3:10-bk-01599. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

2. TRANSFEROR:

   Goldman Sachs Bank USA
   200 West Street
   New York, NY 10282
   Attn: Lauren Day

3. PLEASE TAKE NOTICE of the transfer of Transferor's claim, docketed as Claim No. 31-1 (the "Claim"), in the amount of at least $8,263,241.80, against RQB Development, LP, et al., Case No. 3:10-bk-01599:

   TRANSFEREE:

   Goldman Sachs Lending Partners LLC
   c/o Goldman, Sachs & Co.
   30 Hudson Street, 36th Floor
   Jersey City, NJ 07302
   Attn: Lauren Day

4. An Evidence of Transfer of Claim is attached as Exhibit A. You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address above and to the undersigned at the address below.

5. I declare under penalty of perjury that the information provided in this notice and in the Evidence of Transfer of Claim is true and correct to the best of my knowledge and belief.

Dated: New York, New York
April 6, 2011

                            SEWARD & KISSEL LLP

                            By: /s/ Ronald L. Cohen
                            Ronald L. Cohen (RC 3897)
                            One Battery Park Plaza
                            New York, New York 10004
                            Tel.: (212) 574-1200
                            Fax: (212) 480-8421
                            Email: cohen@sewkis.com

                            Attorneys for Goldman Sachs
                            Lending Partners, LLC.

SK 26751 0001 1185860

# EXHIBIT A

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Middle District of Florida

In re <u>RQB Development, LP, et al.</u>, Debtor.  Case No. <u>3:10-bk-1599PMG</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>  <u>Goldman Sachs Bank USA</u>
Name of Transferee  Name of Transferor

Name and Address where notices to transferee should be sent:
Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Attn: Lauren Day
Email: gsd.link@gs.com

Court Claim # (if known):<u>31-1</u>
Amount of Claim:<u>$8,263,241.80</u>
Date Claim Filed:<u>7/13/10</u>
Debtor: <u>RQB Development, LP</u>

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:<u>212-902-1040</u>  Phone:_____
Last Four Digits of Acct #: _____  Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

US 625013v4  22

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.