UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 3:10-bk-01596 |
| RQB Resort, LP and RQB Development, LP., | Chapter 11 |
| Debtors. | (Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)(2)

1. A claim has been filed in RQB Resort, LP, et al., Case No. 3:10-bk-01596. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

2. TRANSFEROR:

   Goldman Sachs Bank USA
   200 West Street
   New York, NY 10282
   Attn: Lauren Day

3. PLEASE TAKE NOTICE of the transfer of Transferor's claim, docketed as Claim No. 72-1 (the "Claim"), in the amount of at least $8,263,241.80, against RQB Resort, LP, et al., Case No. 3:10-bk-01596:

   TRANSFEREE:

   Goldman Sachs Lending Partners LLC
   c/o Goldman, Sachs & Co.
   30 Hudson Street, 36th Floor
   Jersey City, NJ 07302
   Attn: Lauren Day

4. An Evidence of Transfer of Claim is attached as Exhibit A. You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address above and to the undersigned at the address below.

5. I declare under penalty of perjury that the information provided in this notice and in the Evidence of Transfer of Claim is true and correct to the best of my knowledge and belief.

Dated: New York, New York
April 6, 2011

                        SEWARD & KISSEL LLP

                        By: /s/ Ronald L. Cohen
                        Ronald L. Cohen (RC 3897)
                        One Battery Park Plaza
                        New York, New York 10004
                        Tel.: (212) 574-1200
                        Fax: (212) 480-8421
                        Email: cohen@sewkis.com

                        Attorneys for Goldman Sachs
                        Lending Partners, LLC.

SK 26751 0001 1186040

# EXHIBIT A

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Middle District of Florida

In re <u>RQB Resort, LP, et al.</u>, Debtor.  Case No. <u>3:10-bk-1596PMG</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>  <u>Goldman Sachs Bank USA</u>
Name of Transferee  Name of Transferor

Name and Address where notices to transferee should be sent:
Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Attn: Lauren Day
Email: gsd.link@gs.com

Court Claim # (if known):<u>72-1</u>
Amount of Claim:<u>$8,263,241.80</u>
Date Claim Filed:<u>7/13/10</u>
Debtor: <u>RQB Resort, LP</u>

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:<u>212-902-1040</u>  Phone:_____
Last Four Digits of Acct #: _____  Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

US 625013v4  20

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: _____

Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.