UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              Case No.3:10-bk-1596-PMG

RQB Resort,LP, and                                 Chapter 11
RQB Development, LP                                Jointly Administered

      Debtors.
_____/

**ORDER DENYING AS MOOT DEBTORS' MOTION TO COMPEL GOLDMAN SACHS MORTGAGE COMPANY TO PRODUCE DOCUMENT'S RESPONSIVE TO THE DEBTORS' FIRST REQUEST TO PRODUCE IN CONNECTION WITH THE DEBTORS' MOTION TO ASSUME AND REJECT**

This Case came before the Court on the Debtors' Motion to Compel Goldman Sachs Mortgage Company to Produce Documents Responsive to the Debtors' First Request to Produce in Connection with the Debtors' Motion to Assume and Reject. (Doc. #457). On April 22, 2011, the Court held a hearing on the Motion and for the reasons stated on the record in open court, that shall constitute the decision of the Court, the Court shall deny the Motion as moot.

Accordingly, it is

**ORDERED:**

Debtors' Motion to Compel Goldman Sachs Mortgage Company to Produce Documents Responsive to the Debtors' First Request to Produce in Connection with the Debtors' Motion to Assume and Reject is denied as moot.

Dated this 22 day of April, 2011, in Jacksonville, Florida.

                                      **BY THE COURT**

                                      Paul M. Glenn
                                      Chief United States Bankruptcy Judge