UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

In re                                                                  Case No.3:10-bk-1596-PMG

RQB Resort,LP, and                                            Chapter 11
RQB Development, LP                                       Jointly Administered

        Debtors.
_____/

## ORDER DENYING WITHOUT PREJUDICE GOLDMAN SACHS MORTGAGE COMPANY'S RENEWED MOTION FOR ADEQUATE PROTECTION OR, IN THE ALTERNATIVE, FOR STAY RELIEF

This Case came before the Court on Goldman Sachs Mortgage Company's Renewed Motion for Adequate Protection or, in the Alternative, for Stay Relief (the Motion). (Doc. #328). On February 23, 2011, the Court held a hearing on the Motion and at the conclusion of the hearing took the matter under advisement. The Court considered the Motion, and for the reasons stated on the record in open court on April 22, 2011, that shall constitute the decision of the Court, the Court shall deny the Motion.

Accordingly, it is

**ORDERED:**

Goldman Sachs Mortgage Company's Motion for Adequate Protection or, in the Alternative, for Stay Relief is denied without prejudice.

Dated this __22__ day of April, 2011, in Jacksonville, Florida.

                                   **BY THE COURT**

                                   _____
                                   Paul M. Glenn
                                   Chief United States Bankruptcy Judge