# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:                                          Case No. 3:10-bk-1596-PMG

RQB Resort, LP, and                             Chapter 11
RQB Development, LP                             Jointly Administered

                     Debtors.
_____/

## ORDER APPOINTING JUDICIAL MEDIATOR

This Case came before the Court on April 22, 2011. At the hearing, the Debtors and Goldman Sachs Mortgage Company indicated that they would attempt to resolve their differences through mediation. They have requested the appointment of the Honorable Laurel M. Isicoff as the mediator, and Judge Isicoff has agreed to serve as the judicial mediator in this Case. Accordingly, it is

**ORDERED:**

1. The Debtors and Goldman Sachs Mortgage Company are directed to mediation pursuant to mediation procedures set forth in M.D. Fla. L.B.R. 9019-2.

2. The Honorable Laurel M. Isicoff, in her official capacity as a United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of Florida, is hereby appointed as judicial mediator.

3. The mediation shall be conducted at such location and such time as Judge Isicoff shall direct.

4. Each party shall furnish Judge Isicoff with a statement of their mediation position and with such other information at such times as Judge Isicoff may request. Neither the statement of mediation position nor other information requested by the mediator shall be filed

with the Court. The parties shall also comply with such other requirements with respect to the mediation as may be requested by Judge Isicoff. Counsel for the Debtors shall forthwith contact Judge Isicoff's chambers to inquire about such requirements and communicate such requirements to other counsel.

5. Each party shall attend the mediation with counsel and the individual client or corporate client representative with full and absolute authority to agree to a mediated settlement. If an impasse is reached with respect to the mediation as a result of the failure of a party to comply with this requirement, such party shall be liable for sanctions to include payment of all fees incurred by the other parties to this proceeding in connection with the mediation.

6. The Court requests that within five days following the conclusion of the mediation conference, Judge Isicoff file a mediation report indicating whether all required parties were present and had authority to settle, whether the matter was settled, was continued with the consent of the parties, or whether the mediator was forced to declare an impasse.

**DONE AND ORDERED** in Jacksonville, Florida, on May 4, 2011.

**BY THE COURT**

_____
PAUL M. GLENN
Chief Bankruptcy Judge
