UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:10-bk-01596 |
| RQB Resort, LP and RQB Development, LP | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | |

## ORDER GRANTING DEBTORS' THIRD MOTION TO EXTEND EXCLUSIVITY PERIODS FOR FILING A PLAN OF REORGANIZATION AND SOLICITING ACCEPTANCES

These Chapter 11 cases are before the Court on the Debtors' Third Motion to Extend Exclusivity Periods (ECF No. 482; the "Motion"). The Court having considered the Motion, and for the reasons stated on the record in open court on May 26, 2011, it is

ORDERED:

1. The Motion is granted.

2. The Debtors' exclusive period to file a Chapter 11 plan pursuant to Section 1121(b) of the Bankruptcy Code is extended until September 1, 2011.[1]

3. The Debtors' exclusive period to solicit acceptances to any such plan pursuant to Section 1121(c) of the Bankruptcy Code is extended until November 1, 2011.

Dated May 27, 2011 in Jacksonville, Florida.

_____
Paul M. Glenn
Chief United States Bankruptcy Judge

---

[1] On March 30, 2011, the Court entered an Order extending the Debtors' exclusive right to file a Chapter 11 Plan until June 7, 2011 and the Debtors' exclusive right to solicit acceptances of such plan until August 6, 2011 (ECF No. 454).

Copies furnished to:
Cynthia C. Jackson who shall serve a copy of this order to all parties on the service short list established in these cases and file a certificate of service.

756560