**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 3:10-bk-01596 |
| | ) | |
| RQB Resort, LP and RQB | ) | Chapter 11 |
| Development, LP,[1] | | |
| | ) | Jointly Administered |
| Debtors. | | |
| _____ | ) | |

**SUMMARY OF SUPPLEMENT TO THIRD INTERIM APPLICATION**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**(SMITH HULSEY & BUSEY)**

1.    Name of Applicant:  **Smith Hulsey & Busey**

2.    Role of Applicant:  **Counsel to the Debtors**

3.    Date Case Filed: **March 1, 2010**

5.    Date of Application for Employment:  **March 2, 2010**

6.    Date of Order Approving Employment:  **March 30, 2010**

7.    Date of this Application:  **October 5, 2011**

8.    Dates Covered by Application:  **September 1, 2011 through September 30, 2011**

      **FEES**

9.    Total Fees Requested for Application Period          $181,126.00

10.   Balance Remaining in Fee Retainer Account, Not Yet Received          N/A

11.   Fees Paid or Advanced for this Period          $     0.00

**12.   NET AMOUNT OF FEES**
      **REQUESTED FOR THIS PERIOD**          **$181,126.00**

---

[1] RQB Resort, LP's tax identification number is 86-1161952.  RQB Development, LP's tax identification number is 13-4322680.  The principal address of each debtor is 1000 PGA Tour Boulevard, Ponte Vedra Beach, FL  32082.

## EXPENSES

| | | |
|---|---|---|
| 13. | Total Expense Reimbursement Requested for Application Period | $ 4,785.43 |
| 14. | Balance Remaining in Expense Retainer Account, Not Yet Received | N/A |
| 15. | Expenses Paid or Advanced for this Period | $    0.00 |
| **16.** | **NET AMOUNT OF EXPENSE REIMBURSEMENT REQUESTED FOR THIS PERIOD** | **$ 4,785.43** |
| **17.** | **TOTAL AWARD REQUESTED BY THIS APPLICATION** | **$185,911.43** |

## HISTORY OF FEES AND EXPENSES

| | | |
|---|---|---|
| 1. | Dates, sources, and amounts of retainers received: | N/A |
| 2. | Dates, sources and amounts of third-party payments received: | N/A |
| 3. | Prior fee and expense awards: | $2,287,607.54 |

**First Interim Application for Compensation and Reimbursement of Expenses**

| | |
|---|---|
| Dates covered by First Interim Application: | March 1, 2010 through December 31, 2010 |
| Amount of fees requested: | $  1,650,295.00 |
| Amount of expenses requested: | 57,384.31 |
| Amounts of fees awarded: | 1,650,295.00 |
| Amount of expenses awarded: | 57,384.31 |
| Date of First Interim Application award: | February 10, 2011 |
| Amount of fees actually paid: | 1,650,295.00 |
| Amount of expenses actually paid: | 57,384.31 |
| Portion of fees requested but not awarded: | 0 |
| Portion of expenses requested but not awarded: | 0 |

**Second Interim Application for Compensation and Reimbursement of Expenses**

| | |
|---|---|
| Dates covered by Second Interim Application: | January 1, 2011 through April 30, 2011 |
| Amount of fees requested: | $ 567,507.50 |
| Amount of expenses requested: | 12,420.73 |
| Amounts of fees awarded: | 567,507.50 |
| Amount of expenses awarded: | 12,420.73 |
| Date of Second Interim Application award: | August 8, 2011 |
| Amount of fees actually paid: | 567,507.50 |
| Amount of expenses actually paid: | 12,420.73 |
| Portion of fees requested but not awarded: | 0 |
| Portion of expenses requested but not awarded: | 0 |

**Third Interim Application for Compensation and Reimbursement of Expenses**

| | |
|---|---|
| Dates covered by Third Interim Application: | May 1, 2011 through August 31, 2011 |
| Amount of fees requested: | $ 585,178.00 |
| Amount of expenses requested: | 8,888.70 |
| Amounts of fees awarded: | N/A |
| Amount of expenses awarded: | N/A |
| Date of Third Interim Application award: | Hearing not yet held |
| Amount of fees actually paid: | 0 |
| Amount of expenses actually paid: | 0 |
| Portion of fees requested but not awarded: | |
| Portion of expenses requested but not awarded: | |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:10-bk-01596 |
| RQB Resort, LP and RQB Development, LP, | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | | |
| _____ | ) | |

## SUPPLEMENT TO THIRD INTERIM APPLICATION OF SMITH HULSEY & BUSEY FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF COSTS ADVANCED

### (September 1, 2011 through September 30, 2011)[2]

Pursuant to Section 331 of Title 11 of the Bankruptcy Code (the "Bankruptcy Code") Smith Hulsey & Busey ("Smith Hulsey") applies for entry of an order allowing interim compensation to the firm for services rendered and costs advanced as bankruptcy counsel for RQB Resort, LP and RQB Development, LP (collectively, the "Debtors"). By this application, Smith Hulsey is seeking interim compensation for the period from September 1, 2011 through September 30, 2011, for services rendered during the period in the amount of $181,126.00 and reimbursement for costs advanced in the amount of $4,785.43.

---

[2] Smith Hulsey files this Supplement to its Third Interim Fee Application to include fees and costs for September, 2011.

## Legal Services Rendered by Smith Hulsey

1.      On March 1, 2010 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code").

2.      On March 30, 2010, the Court authorized the Debtors to retain Smith Hulsey as counsel in this case *nunc pro tunc* to March 1, 2010.

3.      In accordance with the Order Approving Interim Compensation Procedures for Professionals entered by the Court on April 9, 2010 (ECF No. 96; the "Interim Compensation Order"), Smith Hulsey has not been paid by the Debtors for the period from September 1 through September 30, 2011.  The total amount of fees and costs sought by this application is $185,911.43 (representing all fees and costs for September 2011).

4.      Smith Hulsey seeks allowance of fees for services provided to the Debtors in the following areas of its representation:

| Areas of Representation | Total Fees | Total Hours |
|---|---|---|
| Business Operations | $ 18,636.50 | 49.6 |
| Case Administration | 1,100.50 | 7.1 |
| Claims Administration and Objections | 5,404.50 | 15.3 |
| Employment Applications | 3,781.00 | 21.2 |
| Financing | 516.00 | 1.2 |
| Plan and Disclosure Statement | 151,687.50 | 454.5 |
| Totals | $181,126.00 | 548.9 |

2

5.      The services rendered by Smith Hulsey in connection with these matters included:

      (a)      **Business Operations.**      During the application period, Smith Hulsey advised the Debtors regarding the Debtors' insurance coverage.

      (b)      **Case Administration.**  Smith Hulsey prepared the monthly debtor in possession reports for each month and communicated with the United States Trustee regarding the reports.

      (c)      **Claims Administration and Objections.**  Smith Hulsey reviewed and analyzed claims to determine the amount and validity of the claims and liabilities.

      (d)      **Employment Applications.**      Smith Hulsey prepared monthly fee statements for the Debtors' professionals as well as its third interim fee application.

      (e)      **Financing.**      Smith Hulsey consulted the Debtors with respect to their projections and cash budgets.

      (f)      **Plan and Disclosure Statement.**  Smith Hulsey devoted significant time during the application period to the following:

            (i)      <u>Motion to Terminate Exclusivity</u>.  Smith Hulsey advised the Debtors, consulted with Marriott and Goldman regarding their motions to terminate exclusivity, and prepared for and represented the Debtors at a preliminary hearing on such motions.

3

(ii)    <u>Amended Plan and Disclosure Statement</u>.    Smith Hulsey advised the Debtors, negotiated with Goldman Sachs, Marriott and the PGA Tour, and prepared a consensual amended plan of reorganization and disclosure statement, which included a mutual release agreement among Goldman Sachs and its affiliates and the Debtors and their affiliates.  Smith Hulsey also advised the Debtors regarding the consummation of their consensual plan of reorganization, including the process of transferring the Debtors' encumbered assets to Goldman Sachs.

(iii)    <u>Counsel to the Debtors</u>.  Smith Hulsey conferred on an almost daily basis, on the telephone and in person, with principals of the Debtors regarding plan alternatives and the rights and obligations of the Debtors.

**<u>Compensation and Reimbursement Requested by Smith Hulsey</u>**

5.    By this application, Smith Hulsey requests compensation for services rendered of $181,126.00 and reimbursement of expenses of $4,785.43 incurred in connection with this case from the September 1, 2011 through September 30, 2011.

6.    During the period from September 1, 2011 through September 30, 2011, Smith Hulsey devoted 481.8 hours of attorney time and 67.1 hours of legal assistant time to the representation of the Debtors, resulting in an average hourly rate of $329.98. Attached as Schedule A is a daily summary detailing Smith Hulsey's services rendered for this period in connection with its representation of the Debtors, including time devoted each day by the individual attorneys and legal assistants.  Smith Hulsey has

4

redacted the daily summary to avoid disclosure of information that is protected by the attorney-client privilege or the work product doctrine.

7.      Attached as Schedule B is a summary of the total time devoted by each attorney and legal assistant during the period between September 1 through September 30, 2011, together with a computation of the value of that time at the ordinary hourly rates of Smith Hulsey that were in effect during the time the services were rendered.  The fees requested by this application were determined by the computation of the total time at those ordinary hourly rates.

8.      In connection with the rendering of these services, Smith Hulsey advanced expenses on behalf of the Debtors in the amount of $4,785.43 for duplicating expenses, postage, express delivery, travel expense and other similar items, of which Smith Hulsey seeks approval for the Debtors' reimbursement in the amount of $4,785.43.   These expenses are described more particularly in Schedule A and are summarized in Schedule C.

**Application of Legal Standards to the Services of Smith Hulsey**

9.      In considering the criteria of Bankruptcy Code section 330 and *In the Matter of First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977), for the determination of a reasonable attorney's fee, the following considerations justify the allowance of a fee to Smith Hulsey in the amount of its hourly rates, in addition to those matters which are otherwise apparent to the Court from its familiarity with this case:

a.      Apparent from the time frame of this case and Smith Hulsey's application, the time and labor required by the representation was significant.  A

5

material demand was placed upon the available services of Smith Hulsey, which demand precluded employment of Smith Hulsey on other matters.

b.      Because the volume of services required of Smith Hulsey, the demand placed on its resources was intense and extraordinary, resulting in its lawyers and staff working nights and weekends on a regular basis for the benefit of the Debtors' estates.

c.      The requested fee is Smith Hulsey's customary fee in commercial bankruptcy matters of this kind and there exists no reason in the circumstances of this case to award a lesser fee for the services rendered.

d.      Additionally, consideration of the difficulty and intensity of the case, the skill of Smith Hulsey in performing its legal services, and the experience, reputation and ability of Smith Hulsey, all support an award of a fee to Smith Hulsey in an amount equivalent to its hourly rates for the time devoted to the case.

10.     Smith Hulsey has made no arrangement regarding the sharing of compensation for services rendered in connection with this Chapter 11 case.

WHEREFORE, Smith Hulsey respectfully requests the Court to (i) allow as interim compensation in the amount of $766,304.00[3] for professional services rendered and reimbursement for costs advanced in the amount of $13,674.13[3], and (ii) authorize and direct the Debtors to pay Smith Hulsey the 20% held back ($77,226.00) by the Debtors for the period from May 1, 2011 through July 31, 2011 and all of Smith Hulsey's

---

[3] This represents the total amount of fees incurred and costs advanced by Smith Hulsey during the period from May 1, 2011 through September 30, 2011 as reflected in Smith Hulsey's Third Interim Fee Application (ECF No. 542) and this Supplement.

6

fees and costs ($387,488.97) for the period from August 1, 2011 through September 30, 2011.

Dated: October 5, 2011.

SMITH HULSEY & BUSEY


By_____*s/ Cynthia C. Jackson*_____
       Stephen D. Busey
       Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Counsel for the Debtors

## SMITH HULSEY & BUSEY

RQB Development, LP
RQB Resort, LP
Sawgrass Marriott
1000 PGA Tour Boulevard
Ponte Vedra Beach, FL  32082
Attn:  David O'Halloran

| | |
|---|---:|
| Page No. | 1 |
| Statement Date | 09/30/2011 |
| Account No. | 12565.026370 |
| Statement No. | 186036 |

Business Operations

| | | | HOURS | |
|---|---|---|---:|---:|
| 09/02/2011 | | | | |
| | CCJ | Conference and correspondence regarding payment of expenses and insurance premiums | 0.70 | 266.00 |
| 09/19/2011 | | | | |
| | JRS | E-mails and telephone conferences with Mr. Gowan, Richard Henry, John Dart and ▮▮▮▮▮▮ ▮▮▮▮ (.8); review and revise audit opinion to Bennett Thrasher (.4) | 1.20 | 516.00 |
| 09/20/2011 | | | | |
| | TES | Conference with John R. Smith, Jr. regarding ▮▮▮▮ | 0.80 | 344.00 |
| | JRS | Analysis ▮▮▮▮ (.4); conference with Tim E. Sleeth regarding same (.6); e-mails and telephone conference with John Dart regarding same (.4) | 1.40 | 602.00 |
| 09/21/2011 | | | | |
| | TES | Review ▮▮▮▮▮▮▮ (1.8); conference call with John R. Smith, Jr. and John Dart ▮▮▮▮▮▮▮▮ (1.2) | 3.00 | 1,290.00 |

SMITH HULSEY & BUSEY

RQB Development, LP

| | |
|---|---|
| Page No. | 2 |
| Statement Date | 09/30/2011 |
| Account No. | 12565.026370 |
| Statement No. | 186036 |

HOURS

JRS  E-mails with John Dart, Tim E. Sleeth and David
O'Halloran ███████████████████ (.5);
telephone conference with John Dart and Tim E. Sleeth
regarding same (1.0); telephone conferences with David
O'Halloran regarding same and cash forecast reconciliation
(.4); e-mails with Mark Buckley, Michael Wigg and David
O'Halloran regarding telephone conference (.4); telephone
conference with Michael Wigg regarding cash forecast
(1.0)                                                  3.30      1,419.00

09/22/2011
TML  Conferences with Tim E. Sleeth regarding summary of
correspondence and ████████████████████
███████████████████████ (.4);
review and summary of correspondence between Chartis,
████████████████████████████
████████████████████████████
████████████ (4.4)                        4.80        696.00
TES  Review of e-mails and communication ████████████
████████████████ (1.1);
conference with John R. Smith, Jr. regarding same (.6);
conference with Therese M. Lee regarding preparation of
summary of communications (.5)                         2.20        946.00
JRS  Review and revise financial statement footnote disclosure
and e-mail to Bennett Thrasher (1.2); prepare audit opinion
update letter and send to Bennett Thrasher (1.0)        2.20        946.00
ASC  Preparation of draft update to opinion to auditors          0.20         23.00

09/23/2011
TES  Review of communication ████████████████
████████████ (.4); review of policy form
regarding notice and attachment (.3); research regarding
███████████████████ (.7)                  1.40        602.00
JRS  E-mails and phone call with Mark Buckley, David
O'Halloran and Michael Wigg regarding August cash
forecast reconciliation                                0.60        258.00

SMITH HULSEY & BUSEY

RQB Development, LP

| | | | |
|---|---|---|---|
| | Page No. | | 3 |
| | Statement Date | | 09/30/2011 |
| | Account No. | | 12565.026370 |
| | Statement No. | | 186036 |

HOURS

**09/26/2011**

TES    Review of ██████████ (.8); research regarding ██████████ (.6); draft memorandum to client regarding ██████████ (.9); conference with John R. Smith, Jr. regarding same (.2)    2.50    1,075.00

TML    Conferences with Tim E. Sleeth regarding ██████████ (.2); document search regarding ██████████ (.1); review of Chartis policy for notice provisions and definitions of certain terms (.3); preparation of draft memorandum regarding insurance policy provisions (.9)    1.50    217.50

JRS    E-mails and telephone calls with David O'Halloran, John Dart ██████████ (.6); review and analysis of same (.8)    1.40    602.00

**09/27/2011**

TES    Research regarding ██████████ (1.5); draft of memorandum and proposed correspondence ██████████ (1.0); conference with John R. Smith, Jr. and Christopher H. Henderson regarding same (.5); review revised version of letter to underwriter (1.0)    4.00    1,720.00

TML    Conferences with Tim E. Sleeth regarding requests for research and cases regarding ██████████ (.4); internet research and research of firm library for ██████████ (1.6); research and printout of selected insurance cases for Westlaw for review by Tim E. Sleeth (.8)    2.80    406.00

JRS    Review and revise memorandum regarding ██████████ (.6); review and revise ██████████ (.8); conferences with Christopher H. Henderson and Tim E. Sleeth regarding same (.6); finalize memorandum and e-mail to David O'Halloran and John

## SMITH HULSEY & BUSEY

RQB Development, LP

| | |
|---|---|
| Page No. | 4 |
| Statement Date | 09/30/2011 |
| Account No. | 12565.026370 |
| Statement No. | 186036 |

|  |  | HOURS |  |
|---|---|---|---|
| Dart (.6) | | 2.60 | 1,118.00 |

09/28/2011
TES   Conference with John R. Smith, Jr. regarding ███████ (.5); conference call with John Dart and David O'Halloran regarding ████████████████ (.7); review and revision of memorandum and draft ████████ (1.0)

JRS                                     2.20      946.00

JRS   E-mails regarding telephone conference (.4); ███████████ ████████████████ (1.0); review and revise ██████████ (.8); e-mail to client regarding same (.4)

                                           2.60    1,118.00

09/29/2011
TES   Review and revision of draft letter to underwriter regarding plan and notice of additional facts and circumstances (1.0); e-mail to John R. Smith, Jr. regarding same (.4); conference call with John Dart, Paddy Murphy and David O'Halloran ████████████████████ (1.2); draft response to inquiries from Niall McFadden regarding ████████████████████████ (.8)

                                           3.40    1,462.00

JRS   Preparation for telephone conference with David O'Halloran, Paddy Murphy and Niall McFadden regarding ████████████ (.6); telephone conference with David O'Halloran, Paddy Murphy, John Dart and Tim E. Sleeth (1.0); review ████████ (.6); e-mails to Niall McFadden, David O'Halloran and Paddy Murphy regarding same (.6); e-mails and telephone conference with David O'Halloran, Niall McFadden and others regarding audited financial statements (.6)

                                           3.40    1,462.00

09/30/2011
JRS   Telephone calls with David O'Halloran, John Dart and others ████████████████████ (.8); review e-mail from Niall McFadden and conference with Tim E.

## SMITH HULSEY & BUSEY

RQB Development, LP

| | |
|---|---|
| Page No. | 5 |
| Statement Date | 09/30/2011 |
| Account No. | 12565.026370 |
| Statement No. | 186036 |

|  | HOURS |  |
|---|---|---|
| Sleeth regarding same (.6) | 1.40 | 602.00 |
| For Professional Services Rendered | 49.60 | 18,636.50 |

Professional Services Summary

| Timekeeper | Title | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| John R. Smith, Jr. | Partner | 20.10 | $430.00 | $8,643.00 |
| Tim E. Sleeth | Partner | 19.50 | 430.00 | 8,385.00 |
| Cynthia C. Jackson | Partner | 0.70 | 380.00 | 266.00 |
| Ann S. Canady | Paralegal | 0.20 | 115.00 | 23.00 |
| Therese M. Lee | Paralegal | 9.10 | 145.00 | 1,319.50 |

Total This Statement                                   $18,636.50

## SMITH HULSEY & BUSEY

RQB Development, LP
RQB Resort, LP
Sawgrass Marriott
1000 PGA Tour Boulevard
Ponte Vedra Beach, FL  32082
Attn:  David O'Halloran

| | |
|---|---|
| Page No. | 1 |
| Statement Date | 09/30/2011 |
| Account No. | 12565.026364 |
| Statement No. | 186035 |

Case Administration

| | | HOURS | |
|---|---|---|---|
| **09/06/2011** | | | |
| KDS | Analysis of incoming pleadings and correspondence to determine response requirements (.3); e-mail to David O'Halloran and Niall McFadden (.4) | 0.70 | 108.50 |
| **09/08/2011** | | | |
| KDS | Analysis of incoming pleadings and correspondence to determine response requirements (.2); updated critical dates list (.2) | 0.40 | 62.00 |
| **09/12/2011** | | | |
| KDS | Analysis of incoming pleadings and correspondence to determine response requirements | 0.40 | 62.00 |
| **09/13/2011** | | | |
| KDS | Analysis of incoming pleadings and correspondence to determine response requirements (.5); updated index to files (.2) | 0.70 | 108.50 |
| **09/14/2011** | | | |
| TLC | Update the creditor matrix regarding returned mail in preparation of serving the solicitation package | 2.90 | 449.50 |

SMITH HULSEY & BUSEY

RQB Development, LP

Page No.                    2
Statement Date      09/30/2011
Account No.      12565.026364
Statement No.          186035

|  |  | HOURS |  |
|---|---|---|---|
| KDS | Review of monthly operating report | 0.30 | 46.50 |

09/16/2011
KDS   Analysis of incoming pleadings and correspondence to determine response requirements (.3); updated index to files (.2) — 0.50 — 77.50

09/27/2011
KDS   Analysis of incoming pleadings and correspondence to determine response requirements (.4); updated critical dates list (.2) — 0.60 — 93.00

09/29/2011
KDS   Analysis of incoming pleadings and correspondence to determine response requirements (.3); updated index to files (.3) — 0.60 — 93.00

For Professional Services Rendered — 7.10 — 1,100.50

Professional Services Summary

| Timekeeper | Title | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| Tana L. Copeland | Paralegal | 2.90 | $155.00 | $449.50 |
| Kimberly D. Stewart | Paralegal | 4.20 | 155.00 | 651.00 |

Total This Statement                                     $1,100.50

## SMITH HULSEY & BUSEY

RQB Development, LP
RQB Resort, LP
Sawgrass Marriott
1000 PGA Tour Boulevard
Ponte Vedra Beach, FL  32082
Attn:  David O'Halloran

| | |
|---|---|
| Page No. | 1 |
| Statement Date | 09/30/2011 |
| Account No. | 12565.026367 |
| Statement No. | 186041 |

Claims Administration and Objections

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/08/2011 AEW | Conference with John R. Smith, Jr. and Cynthia C. Jackson regarding objection to Department of Revenue tax claim (.4); memorandum ████████ ████ (.5) | | 0.90 | 310.50 |
| 09/09/2011 AEW | Memoranda ████████ ████████ | | 0.50 | 172.50 |
| 09/12/2011 CCJ | Review and analysis of information from Interstate to ████████ (1.0); review and ████ (2.4); ████ (1.0) conference with John R. Smith, Jr. and Christopher H. Henderson regarding same (1.0) | | 5.40 | 2,052.00 |
| 09/15/2011 AEW | Conference with David O'Halloran regarding objection to | | | |

SMITH HULSEY & BUSEY

RQB Development, LP

| | Page No. | 2 |
|---|---|---|
| | Statement Date | 09/30/2011 |
| | Account No. | 12565.026367 |
| | Statement No. | 186041 |

**HOURS**

██████████████████████ (.3); conference with
Cynthia C. Jackson regarding same (.1)        0.40      138.00

09/16/2011
  AEW    Memoranda ███████████████
         ████████████████████              0.20       69.00

09/19/2011
  CCJ    Review of ████████████████
         ██████████                        1.40      532.00

09/20/2011
  CCJ    ████████████████████              1.40      532.00

09/27/2011
  AEW    Finalize ████████████████
         ███████████████████████████
         ██████████ (.6); memorandum to Cynthia C.
         Jackson regarding ████████████ (.2)   0.80   276.00

09/29/2011
  TLC    Preparation of ███████████████
         ████████████████                  1.90      294.50

09/30/2011
  SDB    ██████████████████████
         ██████████████████████            1.60      752.00

  AEW    Conference with Cynthia C. Jackson regarding Stephen D.
         Busey's ████████████████████
         ████ (.1); review ████████████
         █████████████████ (.2); edit
         ███████████████████████ (.5)        0.80      276.00
                                           _____     _____
         For Professional Services Rendered  15.30    5,404.50

## SMITH HULSEY & BUSEY

RQB Development, LP

| | | | | |
|---|---|---|---|---|
| | | Page No. | | 3 |
| | | Statement Date | | 09/30/2011 |
| | | Account No. | | 12565.026367 |
| | | Statement No. | | 186041 |

Professional Services Summary

| Timekeeper | Title | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| Stephen D. Busey | Partner | 1.60 | $470.00 | $752.00 |
| Cynthia C. Jackson | Partner | 8.20 | 380.00 | 3,116.00 |
| Tana L. Copeland | Paralegal | 1.90 | 155.00 | 294.50 |
| Allan E. Wulbern | Partner | 3.60 | 345.00 | 1,242.00 |

Total This Statement                              $5,404.50

## SMITH HULSEY & BUSEY

RQB Development, LP
RQB Resort, LP
Sawgrass Marriott
1000 PGA Tour Boulevard
Ponte Vedra Beach, FL  32082
Attn:  David O'Halloran

| | |
|---|---|
| Page No. | 1 |
| Statement Date | 09/30/2011 |
| Account No. | 12565.026368 |
| Statement No. | 186033 |

Employment Applications

| | | HOURS | |
|---|---|---|---|
| **09/06/2011** | | | |
| KDS | Preparation of fee statement | 2.20 | 341.00 |
| **09/13/2011** | | | |
| KDS | Preparation of Smith Hulsey & Busey's monthly fee statements on behalf of Bennett Thrasher, Sentient Management Ltd., and Fowler White Boggs | 0.80 | 124.00 |
| **09/19/2011** | | | |
| KDS | Review of Smith Hulsey & Busey's monthly fee statements for May, June, July, and August | 0.60 | 93.00 |
| **09/21/2011** | | | |
| CCJ | Review and redact WIP | 1.00 | 380.00 |
| KDS | Preparation of Smith Hulsey & Busey's monthly fee statement | 2.90 | 449.50 |
| **09/27/2011** | | | |
| KDS | Preparation of Smith Hulsey & Busey's third and final fee application | 4.30 | 666.50 |

## SMITH HULSEY & BUSEY

RQB Development, LP

| | |
|---|---|
| Page No. | 2 |
| Statement Date | 09/30/2011 |
| Account No. | 12565.026368 |
| Statement No. | 186033 |

HOURS

**09/28/2011**
KDS   Preparation of Smith Hulsey & Busey's third interim fee
application (1.8); conference with Cynthia C. Jackson and
John R. Smith, Jr. regarding same (.4)     2.20     341.00

**09/29/2011**
CCJ   Review and revise Smith Hulsey & Busey's third interim
fee application     1.20     456.00

**09/30/2011**
KDS   Preparation of third and final interim fee applications for
Smith Hulsey & Busey, Bennett Thrasher, and Sentient
Management, Ltd. (4.9), conference with John R. Smith,
Jr., Cynthia C. Jackson, Christopher H. Henderson, and
Zachary D. Warren regarding same (1.1)     6.00     930.00

For Professional Services Rendered     21.20     3,781.00

### Professional Services Summary

| Timekeeper | Title | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| Cynthia C. Jackson | Partner | 2.20 | $380.00 | $836.00 |
| Kimberly D. Stewart | Paralegal | 19.00 | 155.00 | 2,945.00 |

Total This Statement     $3,781.00

# SMITH HULSEY & BUSEY

RQB Development, LP
RQB Resort, LP
Sawgrass Marriott
1000 PGA Tour Boulevard
Ponte Vedra Beach, FL  32082
Attn:  David O'Halloran

| | |
|---|---|
| Page No. | 1 |
| Statement Date | 09/30/2011 |
| Account No. | 12565.026365 |
| Statement No. | 186047 |

Financing

| | | HOURS | |
|---|---|---|---|
| 09/26/2011 | | | |
| JRS | E-mails with Mark Buckley, David O'Halloran and Michael Wigg regarding August cash forecast reconciliation (.4); telephone calls with David O'Halloran and Michael Wigg regarding same (.8) | 1.20 | 516.00 |
| | For Professional Services Rendered | 1.20 | 516.00 |

| Professional Services Summary | | | | |
|---|---|---|---|---|
| Timekeeper | Title | Hours | Hourly Rate | Total |
| John R. Smith, Jr. | Partner | 1.20 | $430.00 | $516.00 |

Total This Statement     $516.00

## SMITH HULSEY & BUSEY

| | |
|---|---|
| RQB Development, LP | Page No.          1 |
| RQB Resort, LP | Statement Date     09/30/2011 |
| Sawgrass Marriott | Account No.    12565.026371 |
| 1000 PGA Tour Boulevard | Statement No.       186038 |
| Ponte Vedra Beach, FL   32082 | |
| Attn:   David O'Halloran | |

Plan and Disclosure Statement

<table>
<tr><td colspan="3" align="right">HOURS</td></tr>
<tr><td>09/01/2011</td><td></td><td></td></tr>
<tr>
<td>JRS</td>
<td>E-mails with Cynthia C. Jackson and Christopher H. Henderson regarding telephone conference with John Dart, David O'Halloran and Niall McFadden regarding plan terms (.4); telephone conference with John Dart, Cynthia C. Jackson and Christopher H. Henderson regarding same (.5); telephone conference with David O'Halloran, John Dart, Cynthia C. Jackson and Christopher H. Henderson regarding same (1.0); review and analysis of pre-negotiation agreement with Goldman Sachs and release provisions therein (.6)</td>
<td align="right">2.50    1,075.00</td>
</tr>
<tr>
<td>SDB</td>
<td>Communications with Cynthia C. Jackson and Christopher H. Henderson regarding status of █████████████<br>████████████</td>
<td align="right">0.80    376.00</td>
</tr>
<tr>
<td>CHH</td>
<td>Preparation and revision of amended plan of reorganization (4.1); preparation of sources and uses regarding same (.8); telephone call with John Dart regarding amended plan of reorganization (.4); e-mail correspondence with John Dart regarding same (.2); conference with David O'Halloran and John Dart regarding ███████████████ (.9); review and analysis of same (.5)</td>
<td align="right">6.90    1,932.00</td>
</tr>
<tr>
<td>ZDW</td>
<td>Review and analysis of █████████████████</td>
<td></td>
</tr>
</table>

ATTORNEYS

225 WATER STREET, SUITE 1800 • P.O. BOX 53315 • JACKSONVILLE, FL 32201-3315
OFFICE 904.359.7700 • FAX 904.359.7708 • FEDERAL ID 59-2100518

## SMITH HULSEY & BUSEY

RQB Development, LP

| | |
|---|---|
| Page No. | 2 |
| Statement Date | 09/30/2011 |
| Account No. | 12565.026371 |
| Statement No. | 186038 |

**HOURS**

██████████████ (1.6); review

██████████ (2.1); review of
████████ (.5); revised amended
sources and uses (.3); conference with Christopher H.
Henderson regarding same (.3); continued

██████████████ (2.3)          7.10      1,810.50

CCJ    Review of correspondence ████████
██████████ (1.3);preparation for Sawrgrass call
(.5); preparation for and conference call with David
O'Halloran, John Dart, John R. Smith, Jr. and Christopher
H. Henderson ██████████████
██████ (3.2); conference with David O'Halloran regarding
same (.8)          5.80      2,204.00

09/02/2011
SDB    Telephone conference ████████████
██████████ (.8); preparation for the
September 8 hearing on Marriott motions (.6); analysis of
██████████ (.7)          2.10       987.00

CCJ    Preparation for and conference call with David O'Halloran,
Niall McFadden, John Dart and John R. Smith, Jr.
██████████████ (3.4);
conference with Stephen D. Busey regarding same (.3)          3.70      1,406.00

ZDW    Review of correspondence and related attachments from
counsel for Marriott regarding pending motions to
terminate exclusivity and to estimate claims (1.1); review
of case law cited in motion to determine appropriate
response (1.3)          2.40       612.00

09/06/2011
SDB    Read Goldman Sachs's joinder in Marriott's motion to
terminate exclusivity (.5); communications with David

SMITH HULSEY & BUSEY

RQB Development, LP

| | | Page No. | 3 |
|---|---|---|---|
| | | Statement Date | 09/30/2011 |
| | | Account No. | 12565.026371 |
| | | Statement No. | 186038 |

| | | HOURS | |
|---|---|---|---|
| | O'Halloran, Cynthia C. Jackson and others regarding plan negotiations (1.8) | 2.30 | 1,081.00 |
| CCJ | Conference calls and correspondence ██████████ ████████████ (2.7); conference calls with ██████████ (1.9); conference calls with David O'Halloran and John Dart ████████ (1.3); conference with Stephen D. Busey ██████ (.5); conference with Christopher H. Henderson ████████ (.5); preparation of correspondence to David O'Halloran and Niall McFadden ██████████ (1.2); review of revised plan (1.0) | 9.10 | 3,458.00 |
| **09/07/2011** | | | |
| ZDW | Legal research ████████████████ (2.2); review of case law and secondary sources regarding ████████ (1.4) | 3.60 | 918.00 |
| SDB | Memorandum to John Hutton regarding proposed plan terms (.9); communications with David O'Halloran, Cynthia C. Jackson and Christopher H. Henderson ██████████████ (1.8); communications with Gardner Davis and Cynthia C. Jackson regarding Marriott's motion for relief from the stay (.8) | 3.50 | 1,645.00 |
| JRS | Telephone conferences and e-mails with David O'Halloran and Cynthia C. Jackson ██████████ (1.2); conferences with Stephen D. Busey, Cynthia C. Jackson and Christopher H. Henderson regarding same (2.0); review and revise e-mails to and ██████████████ (1.0) | 4.20 | 1,806.00 |
| CHH | Review and analysis of Goldman's joinder in Marriott's motion to terminate exclusivity periods (.6); preparation of communication to John Hutton ████████ (1.6); review and analysis of same (2.4); preparation for meeting with John Hutton ██████████ (.4) | 5.00 | 1,400.00 |
| CCJ | Telephone conference and e-mails with David O'Halloran | | |

| | |
|---|---|
| S M I T H   H U L S E Y  &  B U S E Y | |

| RQB Development, LP | | |
|---|---|---|
| | Page No. | 4 |
| | Statement Date | 09/30/2011 |
| | Account No. | 12565.026371 |
| | Statement No. | 186038 |

HOURS

and John R. Smith, Jr. ████ (1.2); conferences with Stephen D. Busey, John R. Smith, Jr. and Christopher H. Henderson regarding same (2.0); preparation of correspondence to John Hutton ██████████ (1.5); review of correspondence from Goldman (.6); conference with David O'Halloran regarding ████████████ (1.3); conference and correspondence with ████████████ (1.8); preparation for and attendance at hearing on Marriott motions (1.2)                9.60        3,648.00

09/08/2011
TLC  Research ██████████████ (1.0); communications with Cynthia C. Jackson and John R. Smith, Jr. regarding same (.3)                1.30        201.50

SDB  Conferences and communications with John Hutton and Smith Hulsey & Busey lawyers ██████████████                2.90        1,363.00

JRS  E-mails and telephone conferences with Christopher H. Henderson and Cynthia C. Jackson regarding revised plan (1.2); conferences with Stephen D. Busey, Cynthia C. Jackson, Christopher H. Henderson and Zachary D. Warren regarding revisions to plan (2.4); telephone conferences with David O'Halloran regarding same (.6); review and revise draft plan (2.4); review and analysis of general unsecured claims and conferences with Cynthia C. Jackson, Christopher H. Henderson and Zachary D. Warren regarding same (2.6)                9.20        3,956.00

ZDW  Legal research ██████████████ (2.2); legal research ████████ (.8); conference with Cynthia C. Jackson ██████████████

$$\boxed{\text{S M I T H   H U L S E Y   \& B U S E Y}}$$

RQB Development, LP

| | Page No. | 5 |
|---|---|---|
| | Statement Date | 09/30/2011 |
| | Account No. | 12565.026371 |
| | Statement No. | 186038 |

| | | HOURS | |
|---|---|---|---|
| | statement (1.4) | 4.40 | 1,122.00 |
| CHH | Revision of RQB's plan of reorganization ▓▓▓▓▓▓ ▓▓▓▓▓▓ (3.6); preparation of mutual release among Goldman Sachs, the debtors and their affiliates (1.4); review and analysis of same (1.2); conference with John R. Smith, Jr. and Cynthia C. Jackson ▓▓▓▓▓▓ (2.7); review and analysis of RQB's executory contracts (.4); telephone call with Jeff Mayers regarding same (.1); e-mail correspondence with Steven Koch and John Hutton regarding the restated courses agreement (.5) | 9.90 | 2,772.00 |
| CCJ | Preparation for and representation of debtors at hearing on Marriott's motions to terminate exclusivity, estimate claims and compare assumption or rejection of franchise agreement (3.2); preparation of amended plan of reorganization (2.4); conference with Stephen D. Busey, John R. Smith, Jr., and Christopher H. Henderson regarding same (1.9); review and analysis of trade claims regarding same (3.0); conference with John R. Smith, Jr., Christopher H. Henderson and Zachary D. Warren regarding same (1.2); conference with David O'Halloran regarding case status and actions needed (1.0) | 12.70 | 4,826.00 |

09/09/2011

| | | | |
|---|---|---|---|
| SDB | Conferences and communications with John Hutton and Smith Hulsey & Busey lawyers regarding revisions to RQB's plan and disclosure statement ▓▓▓▓ ▓▓▓▓ | 1.20 | 564.00 |
| CCJ | Review and analysis ▓▓▓▓▓▓▓▓▓ (3.9); conference and correspondence with Michael Wigg regarding same (1.2); conference with John R. Smith, Jr. and Christopher H. Henderson regarding same (1.0); conference with Tana L. Copeland regarding same (1.3); conference with John Hutton regarding same and regarding plan (.9) | 8.30 | 3,154.00 |
| JRS | Telephone conference with David O'Halloran and John Dart regarding revised plan, final tax returns and other shut | | |

SMITH HULSEY & BUSEY

RQB Development, LP

| | |
|---|---|
| Page No. | 6 |
| Statement Date | 09/30/2011 |
| Account No. | 12565.026371 |
| Statement No. | 186038 |

HOURS

down activities (.5); conferences with Christopher H. Henderson regarding same and ▮▮▮▮▮▮ (.5); conferences with Cynthia C. Jackson regarding same (.4); review and analysis of general unsecured and trade claims reconciliation (1.6); conferences with Cynthia C. Jackson, Christopher H. Henderson and Tana L. Copeland regarding same (1.8); telephone conference with David O'Halloran regarding secured tax claim and other plan issues (.6); telephone conference with John Hutton, Cynthia C. Jackson and Christopher H. Henderson regarding trade claims, executory agreements, tax claims and other plan issues (1.2)                                                    6.60      2,838.00

ZDW  Review and analysis of objection to disclosure statement field by Goldman Sachs (.8); review of claims in connection with updated sources and uses attached to disclosure statement (2.1); analysis of open legal issues in connection with settlement discussions between debtors and Goldman Sachs (2.3); legal research ▮▮▮▮ (1.3)                                                          6.50      1,657.50

CHH  Review and analysis of ▮▮▮▮▮▮ (.3); review and analysis of ▮▮▮▮▮▮ (.4); review and analysis of RQB's executory contracts (.2); preparation of memorandum regarding same (.4); review and analysis of the resort's licenses and permits (.5); conference with John R. Smith, Jr. and Cynthia C. Jackson regarding open issues relating to RQB's plan of reorganization (3.1); telephone call with John Hutton regarding open issues relating to RQB's plan of reorganization (.6); preparation of memorandum to John Hutton regarding same (1.6); preparation of correspondence to John Hutton regarding RQB's executory contracts (.7); review of consent documents required to cause the restated courses agreement to become effective (.3)                             8.10      2,268.00

## SMITH HULSEY & BUSEY

RQB Development, LP

| | |
|---|---|
| Page No. | 7 |
| Statement Date | 09/30/2011 |
| Account No. | 12565.026371 |
| Statement No. | 186038 |

HOURS

09/12/2011

SDB   Read Goldman Sachs' comments on RQB's proposed plan
and Goldman Sachs' objections to RQB's disclosure
statement (.8); correspondence with Cynthia C. Jackson
regarding Goldman Sachs' comments (.2)       1.00     470.00

JRS   Conferences with Cynthia C. Jackson and Christopher H.
Henderson regarding trade claims schedule, status of
disclosure statement revisions and plan revisions (.4);
review and revise draft plan (2.8); review comments to
plan provided by Greenberg (.6); conference with Cynthia
C. Jackson and Christopher H. Henderson regarding
Goldman Sachs' revisions to plan and telephone conference
with John Hutton regarding same (1.2); e-mail and
telephone conference with David O'Halloran regarding
same (.4); review and revise draft reflecting ████████
███████████████████████ (.6); conferences with
Cynthia C. Jackson and Christopher H. Henderson and
telephone conferences with John Hutton regarding same
(1.0); telephone conference with Jeff Mayers regarding
███████████████████████ (.2)       7.20    3,096.00

ZDW   Review of updated disclosure statement and plan in
connection with settlement negotiations with Goldman
Sachs       1.10     280.50

CHH   Preparation of draft e-mail to John Hutton regarding RQB's
executory contracts (1.2); review and analysis of restated
courses agreement (.2); review and analysis of RQB's plan
of reorganization (.8); e-mail correspondence to Niall
McFadden regarding RQB's plan of reorganization (.3);
review and analysis of RQB's permits and licenses (.5);
e-mail correspondence to Jeff Mayers regarding the resort's
equipment leases (.3); e-mail correspondence with David
O'Halloran regarding signature pages to RQB's plan of
reorganization and disclosure statement (.3); preparation of
RQB's amended plan of reorganization (4.6)       8.20    2,296.00

CCJ   Review of Goldman Sachs' revisions to plan (1.4);
conference with John R. Smith, Jr. and Christopher H.
Henderson regarding same (1.0); conference with John

SMITH HULSEY & BUSEY

RQB Development, LP

| | |
|---|---|
| Page No. | 8 |
| Statement Date | 09/30/2011 |
| Account No. | 12565.026371 |
| Statement No. | 186038 |

HOURS

Hutton, John R. Smith, Jr. and Christopher H. Henderson regarding same (1.7)   4.10   1,558.00

09/13/2011

JRS   Telephone conferences with David O'Halloran and Cynthia C. Jackson ███████████████████ (.6); review and revise consensual plan reflecting Goldman Sachs' comments (1.6); review Goldman Sachs' comments to plan release provisions (.8); conferences with Cynthia C. Jackson and Christopher H. Henderson regarding same (1.2); telephone conference with David O'Halloran, John Dart, Cynthia C. Jackson and Christopher H. Henderson regarding same (.6); telephone conference with Stephen D. Busey, Cynthia C. Jackson and Christopher H. Henderson regarding same (.4)   5.20   2,236.00

ZDW   Drafted ████████████████████████ (3.4); legal research regarding ████████████████████████████████████████████ (2.6); conference with David O'Halloran regarding revised plan terms (1.4); review of correspondence ██████████ (.3); conference with John R. Smith, Jr. regarding corporate structure and ability of debtor to execute necessary documents (.6)   8.30   2,116.50

SDB   Communications with Greenberg Traurig, Smith Hulsey & Busey, David O'Halloran and Niall McFadden regarding amendments to the RQB plan (.5); telephone conference with John R. Smith, Jr., Cynthia C. Jackson and Christopher H. Henderson regarding amendments to RQB's plan and disclosure statement and Goldman Sachs' objections (.7)   1.20   564.00

CCJ   Conferences and correspondence with John Hutton regarding settlement (2.9); conferences with David O'Halloran regarding same (1.6); preparation of revised plan (3.7); conferences with John R. Smith, Jr. and

SMITH HULSEY & BUSEY

| RQB Development, LP | | Page No. | 9 |
|---|---|---|---|
| | | Statement Date | 09/30/2011 |
| | | Account No. | 12565.026371 |
| | | Statement No. | 186038 |

HOURS

| | | HOURS | |
|---|---|---|---|
| | Christopher H. Henderson regarding same (1.6); review of Goldman Sachs' changes to release provisions (1.3); preparation for September 15, 2011 hearing (1.0) | 12.10 | 4,598.00 |
| CHH | Review and analysis of RQB's condominium leases (.2); e-mail correspondence to Nadine Eisen, Michael Wigg and Jeff Mayers regarding same (.2); revision of RQB's plan of reorganization (3.7); review and ███████████████ (.5); revision of Goldman Sachs' proposed releases to RQB's plan of reorganization (.9); review and revision of mutual release between RQB and Goldman Sachs (1.5); e-mail correspondence with John Hutton regarding RQB's plan of reorganization (.2); revision of RQB's disclosure statement (1.9) | 9.10 | 2,548.00 |
| TLC | Finalization of the schedule of trade vendor claims (1.2); finalization of the scheduled of unsecured claims (.7) | 1.90 | 294.50 |

09/14/2011
| | | | |
|---|---|---|---|
| TLC | Preparation of the schedules of condominium leases, trade claims and equipment leases to be attached to the amended disclosure statement (2.3); review and revision of the amended disclosure statement (2.4); review and revision of the amended chapter 11 plan (2.9) | 7.60 | 1,178.00 |
| SDB | Communications with John Hutton, David O'Halloran, Cynthia C. Jackson, John R. Smith, Jr. and Christopher H. Henderson regarding plan issues and amendment of the disclosure statement and plan | 1.20 | 564.00 |
| CCJ | Preparation of revised plan and disclosure statement (4.9); conference with John Hutton regarding same (1.4); conference with John Hutton regarding settlement (1.8); conference with Gardner Davis regarding same (.5); conference with John R. Smith, Jr. and Christopher H. Henderson regarding settlement and plan (1.1); conferences with ██████████████ (.5); conference with David O'Halloran regarding all of the above (1.2); preparation for September 15, 2011 hearing (2.0) | 13.40 | 5,092.00 |

SMITH HULSEY & BUSEY

RQB Development, LP

Page No.          10
Statement Date     09/30/2011
Account No.    12565.026371
Statement No.        186038

HOURS

ZDW    Revised disclosure statement (2.3); revised plan of
reorganization (3.1); reconciled plan of reorganization and
disclosure statement for consistency (2.2); reviewed
exhibits and schedules to disclosure statement and plan of
reorganization prior to filing (1.2); revised liquidation
analysis attached to plan of reorganization (.8); conference
with Cynthia C. Jackson regarding revised terms of mutual
release (1.2); revised mutual release agreement (.9)        11.70        2,983.50

CHH    Revision of RQB's amended plan of reorganization (3.2);
revision of RQB's amended disclosure statement (5.1);
review and analysis of RQB's plan and disclosure
statement in preparation for hearing on RQB's motion to
approve its amended disclosure statement (2.7); review of
RQB's unexpired leases (.2); telephone call to Vernon
Kelly regarding ███████████████████████████
███████████ (.2); review and analysis of same (.4); e-mail
correspondence with David O'Halloran regarding signature
pages to RQB's plan and disclosure statement (.2);
telephone call with David O'Halloran ████████████
██████████████████ (.2); revision of mutual release
agreement between the Debtor Related Parties and the
Goldman Related Parties (2.1); e-mail correspondence with
John Hutton regarding same (.2); e-mail correspondence
with David O'Halloran regarding same (.1); e-mail
correspondence with John Hutton ████████████████
█████████████████ (.1); preparation of
schedules to RQB's plan of reorganization (.4); revision of
sources and uses (1.1); review ██████████
████████████ (.4); telephone call with Betsy Cox
regarding RQB's plan of reorganization (.1)        16.70        4,676.00

JRS    Review and revise plan and disclosure statement (3.5);
conferences with Cynthia C. Jackson and Christopher H.
Henderson regarding same (2.5); review and analysis of
release provisions and other comments by Goldman Sachs
(1.5); finalize plan and disclosure statement with
comments from Goldman Sachs (3.0)        10.50        4,515.00

KDS    Revise amended disclosure statement and amended joint

## SMITH HULSEY & BUSEY

RQB Development, LP

| | |
|---|---|
| Page No. | 11 |
| Statement Date | 09/30/2011 |
| Account No. | 12565.026371 |
| Statement No. | 186038 |

|  | HOURS |  |
|---|---|---|
| plan of reorganization (8.6); preparation for and electronic filing of same (.3) | 8.90 | 1,379.50 |

09/15/2011

SDB    Conference with David O'Halloran, John R. Smith, Jr. and Christopher H. Henderson regarding the liquidation reserve and related plan issues    1.40    658.00

JRS    Preparation for hearing and conferences with David O'Halloran, Cynthia C. Jackson and Christopher H. Henderson regarding same (1.5); review and analysis of sources and uses provided by Goldman Sachs (.8); conference with John Hutton and Michael Dalton regarding plan and disclosure statement (.5); attend hearing (1.0); conferences with Stephen D. Busey, David O'Halloran and Christopher H. Henderson regarding hearing (.5); conferences with David O'Halloran, Cynthia C. Jackson, Mark Healey and Christopher H. Henderson regarding █████ (1.8); conference with David O'Halloran regarding ███████ (1.5); conferences with Cynthia C. Jackson and Christopher H. Henderson regarding revisions to plan and disclosure statement, revised sources and uses ████ (1.4); telephone conference with John Dart regarding same (.5)    9.50    4,085.00

ZDW    Review and analysis of updated plan terms (1.1); revised sources and uses (.8); legal research ██████ ██████ (1.2); legal research regarding ████████ (1.1); legal research ██████ (2.4)    6.60    1,683.00

CHH    Preparation of revised sources and uses (1.3); meeting with John Hutton and Michael Dalton regarding RQB's plan of reorganization (.7); meeting with David O'Halloran regarding same (.3); preparation for disclosure statement hearing (1.0); review and analysis of RQB's plan of

## SMITH HULSEY & BUSEY

RQB Development, LP

| | |
|---|---|
| Page No. | 12 |
| Statement Date | 09/30/2011 |
| Account No. | 12565.026371 |
| Statement No. | 186038 |

HOURS

|  |  | HOURS | |
|---|---|---|---|
| | reorganization and disclosure statement (3.2); review of the TOUR's proposed revisions to the plan and disclosure statement (.3); e-mail correspondence with John Hutton regarding same (.2); preparation of e-mail to Nina LaFleur regarding St. Johns County property taxes (.5); review proposed revisions to mutual release agreement (.6); preparation of draft e-mail to David O'Halloran, Niall McFadden, Patrick Murphy and Patrick Kelly regarding RQB's amended plan of reorganization (1.6) | 9.70 | 2,716.00 |
| CCJ | Preparation for and representation of RQB at hearing on approval of disclosure statement (3.1); conference with John Hutton regarding same (1.4); conference with David O'Halloran, Mark Healy, John R. Smith, Jr. regarding case status and actions needed (2.0); conference with John R. Smith, Jr. and Christopher H. Henderson regarding same (1.1) | 7.60 | 2,888.00 |

09/16/2011

|  |  | | |
|---|---|---|---|
| TLC | Review and revision of the service list for the order setting the confirmation hearing (.6); preparation of the service list for the solicitation package (1.5) | 2.10 | 325.50 |
| SDB | Review status of the amended disclosure statement and service requirements | 0.70 | 329.00 |
| JRS | E-mail correspondence regarding disclosure statement comments and revised sources and uses (.6); review and revision of same  (1.8) | 2.40 | 1,032.00 |
| CHH | Review correspondence regarding RQB's amended plan of reorganization (.5); correspondence via e-mails to David O'Halloran regarding same (.7); telephone call with David O'Halloran regarding same (.3); e-mail correspondence with John Dart regarding RQB's releases (.6); revision of RQB's plan of reorganization (1.2); revision of RQB's disclosure statement (1.1); e-mail correspondence with John Hutton regarding same (.2); e-mail correspondence with Betsy Cox and John Hutton regarding the TOUR's proposed revisions to the disclosure statement (.2); e-mail correspondence with John Hutton regarding Interstate's | | |

SMITH HULSEY & BUSEY

RQB Development, LP

| | |
|---|---|
| Page No. | 13 |
| Statement Date | 09/30/2011 |
| Account No. | 12565.026371 |
| Statement No. | 186038 |

HOURS

▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋ (.2); preparation of updated sources and uses (1.1); preparation of footnote regarding same (.7); review and analysis of Goldman Sachs' proposed revisions to RQB's plan (.7); review and analysis of Goldman Sachs' proposed revisions to RQB's disclosure statement (.8); preparation of draft e-mail to David O'Halloran and John Dart regarding releases contained within RQB's plan of reorganization and mutual release (1.1)                                      9.40      2,632.00

CCJ    Conference with John R. Smith, Jr. and Christopher H. Henderson regarding case status and actions needed (1.6); conference with John Hutton regarding plan and disclosure statement and correspondence regarding same (1.2); review and revise sources and uses (1.0)                             3.80      1,444.00

09/17/2011
CHH    Revisions to RQB's amended plan and disclosure statement        2.50       700.00

09/19/2011
TLC    Review and revision of the second amended disclosure statement (.7); review and revision of the second amended plan (.5)                                                                     1.20       186.00

SDB    Read order approving the disclosure statement and related materials (.4); analysis of service and vote tabulation requirements (.8); analysis of administrative expense procedures in connection with confirmation (.7); read correspondence with Marriott (.1)                       2.00       940.00

CHH    Telephone call from John Hutton and Jeff Gilbert regarding Cabana Club and Spa Club agreements (.3); review and analysis of same (.3); review and analysis of updates to RQB's second amended plan of reorganization (.9); revision of RQB's second amended plan of reorganization (2.1); revision of RQB's second amended disclosure statement (1.9); revision of RQB's estimated sources and uses (2.4); e-mail correspondence with John Hutton regarding same (.5); telephone calls with John Hutton regarding same (.4); revision of mutual release (.5);

SMITH HULSEY & BUSEY

RQB Development, LP

Page No.            14
Statement Date        09/30/2011
Account No.      12565.026371
Statement No.          186038

| | | HOURS | |
|---|---|---|---|
| | e-mail correspondence with John Hutton regarding equipment leases and condominium leases (.2). | 9.50 | 2,660.00 |
| JRS | Review and revise plan and disclosure statement Goldman Sachs' comments (1.2); review and revise sources and uses (.6); conference with Cynthia C. Jackson and Christopher H. Henderson regarding same (1.0); review and analysis of ███████ (.6); conferences with Kimberly D. Stewart, Stephen D. Busey, Cynthia C. Jackson and Christopher H. Henderson regarding same (1.2) | 4.60 | 1,978.00 |
| CCJ | Preparation for and conference with John R. Smith, Jr. and Christopher H. Henderson regarding plan and disclosure statement (1.2); review of order approving disclosure statement and calls with John Hutton and with Krystin Leederkerk regarding same (1.2); review of revised plan and disclosure statement (2.4); review of local rules regarding confirmation hearing and plan (.6) | 5.40 | 2,052.00 |
| KDS | Telephone call with court regarding service of ballot packages | 0.30 | 46.50 |

09/20/2011

| | | | |
|---|---|---|---|
| JRS | Review and analysis of Goldman Sachs' comments to sources and uses (.4); conference with Christopher H. Henderson regarding same and other plan comments (.6); review revised drafts of plan, disclosure statement and sources and uses (1.8); review and revise e-mail and proposed letter regarding plan (.8); e-mail revised letter to David O'Halloran and others (.4); review and analysis of ███████ (1.2); multiple e-mails with John Hutton, Christopher H. Henderson and others regarding plan, disclosure statement and sources and uses (.8) | 6.00 | 2,580.00 |
| CCJ | Revisions to plan and disclosure statement and preparation for filing and service (2.8); conference with John R. Smith, Jr. and Christopher H. Henderson regarding same (1.2); conference and correspondence with John Hutton regarding same (1.0); conference with Stephen D. Busey regarding | | |

SMITH HULSEY & BUSEY

RQB Development, LP

| | Page No. | 15 |
|---|---|---|
| | Statement Date | 09/30/2011 |
| | Account No. | 12565.026371 |
| | Statement No. | 186038 |

|  |  | HOURS | |
|---|---|---|---|
| | same (.3) | 5.30 | 2,014.00 |
| ZDW | Review of correspondence regarding plan provisions and mutual releases (.2); review of modified plan and disclosure statement (.3); review of case docket and recent pleadings (.2); review of correspondence regarding solicitation process (.2) | 0.90 | 229.50 |
| CHH | Revision of sources and uses (1.3); revision of plan (1.9);revision of mutual releases (.5); e-mail correspondence ▇▇▇▇▇▇▇▇▇▇▇▇ (1.0); ▇▇▇▇▇▇▇▇▇▇▇▇ (.7); revision of disclosure statement (1.1); e-mail correspondence with John Hutton regarding same (.3); telephone calls with John Hutton regarding same (.4); revision ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ (1.1); meeting with John R. Smith, Jr. and Cynthia C. Jackson regarding same(1.5) | 9.80 | 2,744.00 |
| KDS | Review and revise second amended plan and disclosure statement (3.5); preparation for electronic filing of same (.7); telephone call with court regarding order on second amended disclosure statement (.1) | 4.30 | 666.50 |

09/21/2011
| CCJ | Review of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 0.70 | 266.00 |
|---|---|---|---|
| JRS | Review and revise proposed e-mail regarding mutual release (1.2); conferences with Christopher H. Henderson regarding same (.4); review ▇▇▇▇▇▇▇▇▇▇ (1.0); e-mails with David O'Halloran, John Dart and others regarding same (.4) | 3.00 | 1,290.00 |
| SDB | Communication with David O'Halloran, Naill McFadden and Cynthia C. Jackson regarding filing and service of the plan, disclosure statement and related documents | 0.40 | 188.00 |
| CHH | Revision of letter ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇ (1.3); review and analysis of open issues relating to the confirmation of RQB's plan of reorganization (2.9); preparation of checklist regarding | | |

SMITH HULSEY & BUSEY

RQB Development, LP

Page No. 16
Statement Date 09/30/2011
Account No. 12565.026371
Statement No. 186038

|  |  | HOURS |  |
|---|---|---|---|
| | same (.5) | 4.70 | 1,316.00 |

**09/22/2011**
JRS    Review and revise proposed ███████████
███████████ (1.2); e-mails with David O'Halloran and John Dart
regarding same (.6); finalize letter (.6); review and revise
e-mail to David O'Halloran, Niall McFadden and others
regarding mutual release, plan, etc. (1.4); finalize e-mail
and enclosures (.4); e-mails with David O'Halloran
regarding open issues (.4)         4.60       1,978.00

KDS    Review and revise certificates of service regarding
solicitation packages and order on second amended
disclosure statement and setting time to accept or reject
plan                               0.90        139.50

**09/23/2011**
JRS    E-mails and telephone conferences with David O'Halloran
regarding status of open issues, including confirmation and
consummations issues               0.80        344.00

**09/26/2011**
CCJ    Conference with Christopher H. Henderson regarding
motion to assume and correspondence regarding same
(1.0); preparation for confirmation hearing (1.8)    2.80    1,064.00

JRS    Review and analysis ███████████████
██████████ (1.4); conferences with Cynthia C. Jackson
and Christopher H. Henderson regarding same (1.8)    3.20    1,376.00

**09/27/2011**
CHH    Review and analysis of ████████████████
██████████ (2.1); preparation ████████
████████████████ (1.5); meeting with
John R. Smith, Jr. and Cynthia C. Jackson regarding open
issues relating to the confirmation of RQB's second
amended plan of reorganization (1.8); revision of
█████████████████████ (.7); e-mail

SMITH HULSEY & BUSEY

RQB Development, LP

| | Page No. | 17 |
| --- | --- | --- |
| | Statement Date | 09/30/2011 |
| | Account No. | 12565.026371 |
| | Statement No. | 186038 |

HOURS

|  |  | HOURS |  |
| --- | --- | --- | --- |
| | correspondence to John Hutton regarding mutual release (.1); review and analysis of updated acknowledgement and agreement and memorandum of amended and restated TPC courses agreement (.8); e-mail correspondence to Betsy Cox regarding same (.9); e-mail correspondence to Steven Koch and John Hutton regarding same (.1) | 8.00 | 2,240.00 |
| ZDW | Conference with Cynthia Jackson regarding post-confirmation disbursements and transition matters (1.1); draft memorandum regarding same (.3) | 1.40 | 357.00 |
| CCJ | Preparation for and conference with John R. Smith, Jr., Christopher H. Henderson and Zachary D. Warren regarding case status and actions needed | 2.40 | 912.00 |
| JRS | E-mails and conferences with Christopher H. Henderson and ▓▓▓▓▓▓▓ (.6); preparation of and review and revise draft letter and telephone conferences with David O'Halloran regarding same (1.2); conference with Stephen D. Busey regarding same (.4); finalize letter and e-mails regarding same (.6); conferences with Cynthia C. Jackson, Christopher H. Henderson and Zachary D. Warren regarding confirmation and other pending issues (2.0); telephone conference ▓▓▓▓▓▓▓ (.4) | 5.20 | 2,236.00 |
| ZDW | Review and analysis of unsecured trade claims filed against RQB Development LP in connection with claims objection process | 1.70 | 433.50 |

09/28/2011
| | | | |
| --- | --- | --- | --- |
| CHH | Review and analysis of contracts to be assumed and assigned under RQB's plan of reorganization (.7); preparation of motion to assume and assign ▓▓▓▓▓▓▓ (5.6); e-mail correspondence with David O'Halloran regarding same (.2); e-mail correspondence with John Dart regarding RQB's second amended joint plan of reorganization (.1); telephone call with Betsy Cox regarding memorandum of TPC courses agreement and updated acknowledgement and | | |

SMITH HULSEY & BUSEY

| RQB Development, LP | | Page No. | 18 |
|---|---|---|---|
| | | Statement Date | 09/30/2011 |
| | | Account No. | 12565.026371 |
| | | Statement No. | 186038 |

| | | HOURS | |
|---|---|---|---|
| | agreement (.2); e-mail correspondence with Steven Koch and John Hutton regarding same (.6) | 7.40 | 2,072.00 |
| JRS | E-mails and telephone conferences with David O'Halloran and others █████████ (.6); e-mail and telephone conference with Ron Gellert regarding same (.4); telephone conferences with Jeff Mayers regarding same (.4); e-mails with John Hutton regarding confirmation issues (1.2); review and analysis of same (.8) | 3.40 | 1,462.00 |
| **09/29/2011** | | | |
| JRS | E-mails with John Hutton regarding open issues (.4); conferences with Christopher H. Henderson regarding confirmation checklist (.6); review and revise same (.4) | 1.40 | 602.00 |
| ZDW | Conference regarding open issues in connection with closing proposed asset transfer to Goldman Sachs (1.1); review of checklist regarding same (.2); conference with Tana L. Copeland regarding claims objection process (.3) | 1.60 | 408.00 |
| CCJ | Preparation for and conference with John R. Smith, Jr. regarding case status and actions needed | 1.20 | 456.00 |
| CHH | E-mail correspondence to Jeff Mayers and Michael Wigg regarding the spa and Cabana Clubs (.3); preparation of draft closing checklist (1.5); revision ███████ (.3); review and analysis of motion to assume and assign RQB's executory contracts (.6); review and analysis of open issues relating to confirmation of RQB's plan ore reorganization (1.1) | 3.80 | 1,064.00 |
| TLC | Preparation of the exhibits to the motion to assume and assign RQB's executory contracts | 1.30 | 201.50 |
| **09/30/2011** | | | |
| ZDW | Conference regarding open issues in connection with ████████████████████ (1.3); drafted memorandum regarding claims objection process (1.2); review of correspondence regarding document production to tort claimant (.3) | 2.80 | 714.00 |

## SMITH HULSEY & BUSEY

RQB Development, LP

| | |
|---|---|
| Page No. | 19 |
| Statement Date | 09/30/2011 |
| Account No. | 12565.026371 |
| Statement No. | 186038 |

HOURS

| | | | |
|---|---|---|---|
| CHH | Review and analysis of open issues relating to consummation of RQB's plan of reorganization (4.1); conference call with Burt Burton and John Hutton regarding same (.7); review and revision of RQB's third interim application for compensation and reimbursement of expenses (1.0); telephone call with David O'Halloran regarding signatures to mortgage modification and letter agreement (.1) | 5.90 | 1,652.00 |
| SDB | Analysis of confirmation and closing requirements | 0.80 | 376.00 |
| JRS | E-mails and telephone calls with Cynthia C. Jackson, Christopher H. Henderson and others regarding open issues/critical path (.4); conference with Cynthia C. Jackson, Christopher H. Henderson, Zachary D. Warren and Kimberly D. Stewart regarding fee applications, confirmation issues, shut down issues, etc. (2.5); conference calls with John Dart, Christopher H. Henderson and Patrick Williams ▮▮▮▮▮▮ (1.0); telephone conference ▮▮▮▮ with John Hutton, Cynthia C. Jackson and Christopher H. Henderson regarding open issues, closing timing and requirements (1.0) | 4.90 | 2,107.00 |
| CCJ | Preparation for and conference with John R. Smith, Jr., Christopher H. Henderson and Zachary D. Warren regarding case status and actions needed (2.4); review and revision of assumption motion (.9); conference with Christopher H. Henderson regarding same (.3); preparation for and conference call with John Hutton regarding case status and actions needed (2.5) | 6.10 | 2,318.00 |
| | For Professional Services Rendered | 454.50 | 151,687.50 |

Professional Services Summary

| Timekeeper | Title | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| Stephen D. Busey | Partner | 21.50 | $470.00 | $10,105.00 |
| John R. Smith, Jr. | Partner | 94.40 | 430.00 | 40,592.00 |
| Cynthia C. Jackson | Partner | 114.10 | 380.00 | 43,358.00 |
| Zachary D. Warren | Associate | 60.10 | 255.00 | 15,325.50 |
| Tana L. Copeland | Paralegal | 15.40 | 155.00 | 2,387.00 |
| Kimberly D. Stewart | Paralegal | 14.40 | 155.00 | 2,232.00 |

## SMITH HULSEY & BUSEY

RQB Development, LP

| | | | | Page No. | 20 |
| | | | | Statement Date | 09/30/2011 |
| | | | | Account No. | 12565.026371 |
| | | | | Statement No. | 186038 |

| Timekeeper | Title | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| Christopher H. Henderson | Associate | 134.60 | 280.00 | 37,688.00 |

Total This Statement                                                    $151,687.50

SMITH HULSEY & BUSEY

RQB Development, LP
RQB Resort, LP
Sawgrass Marriott
1000 PGA Tour Boulevard
Ponte Vedra Beach, FL  32082
Attn:   David O'Halloran

| | |
|---|---|
| Page No. | 1 |
| Statement Date | 09/30/2011 |
| Account No. | 12565.026403 |
| Statement No. | 186040 |

Disbursements (Costs/Expenses)

| Date | Description | Amount |
|---|---|---|
| 08/09/2011 | Other Database Research - Pacer - Stewart | 0.08 |
| 08/10/2011 | Other Database Research - Pacer - Wulbern | 1.12 |
| 08/10/2011 | Other Database Research - Pacer - Stewart | 1.36 |
| 08/11/2011 | Other Database Research - Pacer - Copeland | 0.88 |
| 08/15/2011 | Other Database Research - Pacer - Higginbotham | 4.00 |
| 08/15/2011 | Other Database Research - Pacer - Copeland | 10.56 |
| 08/15/2011 | Other Database Research - Pacer - Copeland | 8.00 |
| 08/16/2011 | Other Database Research - Pacer - Stewart | 5.60 |
| 08/16/2011 | Other Database Research - Pacer - Copeland | 3.60 |
| 08/17/2011 | Other Database Research - Pacer - Copeland | 0.08 |
| 08/18/2011 | Other Database Research - Pacer - Wulbern | 0.88 |
| 08/18/2011 | Other Database Research - Pacer - Copeland | 0.08 |
| 08/19/2011 | Other Database Research - Pacer - Higginbotham | 2.40 |
| 08/24/2011 | Long Distance Telephone - Conference Call - PGI | 9.75 |
| 08/26/2011 | Other Database Research - Pacer - Stewart | 2.40 |
| 08/30/2011 | Other Database Research - Pacer - Jackson | 7.20 |
| 08/30/2011 | Long Distance Telephone - Conference Call - PGI | 17.61 |
| 08/30/2011 | Long Distance Telephone - Conference Call - PGI | 39.74 |
| 08/31/2011 | Long Distance Telephone - Conference Call - PGI | 29.90 |
| 09/01/2011 | Westlaw - Warren | 4.85 |
| 09/01/2011 | Long Distance Telephone - Conference Call - PGI | 28.16 |
| 09/02/2011 | Westlaw - Warren | 7.97 |
| 09/02/2011 | Long Distance Telephone - Conference Call - PGI | 3.03 |
| 09/02/2011 | Long Distance Telephone - Conference Call - PGI | 28.99 |
| 09/06/2011 | Document Duplicating | 16.20 |

SMITH HULSEY & BUSEY

RQB Development, LP

| | | Page No. | 2 |
|---|---|---|---|
| | | Statement Date | 09/30/2011 |
| | | Account No. | 12565.026403 |
| | | Statement No. | 186040 |

| | | |
|---|---|---|
| 09/06/2011 | Document Duplicating | 0.45 |
| 09/07/2011 | Westlaw - Warren | 5.72 |
| 09/08/2011 | Express Mail - Federal Express, sent 8/22/11 | 11.52 |
| 09/08/2011 | Westlaw - Warren | 26.81 |
| 09/08/2011 | Document Duplicating | 1.20 |
| 09/09/2011 | Document Duplicating | 5.40 |
| 09/09/2011 | Document Duplicating | 7.20 |
| 09/09/2011 | Document Duplicating | 4.65 |
| 09/13/2011 | Document Duplicating | 12.90 |
| 09/13/2011 | Document Duplicating | 5.40 |
| 09/13/2011 | Document Duplicating | 0.30 |
| 09/13/2011 | Document Duplicating | 1.05 |
| 09/13/2011 | Westlaw - Warren | 42.33 |
| 09/14/2011 | Document Duplicating | 12.00 |
| 09/14/2011 | Document Duplicating | 10.80 |
| 09/14/2011 | Document Duplicating | 71.25 |
| 09/14/2011 | Westlaw - Warren | 87.72 |
| 09/14/2011 | Document Duplicating | 116.40 |
| 09/19/2011 | Postage - Advanced Direct Marketing Services | 545.60 |
| 09/20/2011 | Document Duplicating | 15.45 |
| 09/20/2011 | Postage | 554.76 |
| 09/21/2011 | Express Mail - Federal Express, sent 9/6/11 | 8.30 |
| 09/21/2011 | Express Mail - Federal Express, sent 9/6/11 | 11.92 |
| 09/21/2011 | Document Duplicating | 661.50 |
| 09/21/2011 | Document Duplicating | 18.75 |
| 09/21/2011 | Postage | 120.96 |
| 09/28/2011 | Outside Document Duplicating Service - IKON Office Solutions | 1,825.08 |
| 09/28/2011 | Services Rendered - Advanced Direct Marketing Services | 345.35 |
| 09/29/2011 | Express Mail - Federal Express, sent 9/13/11 | 11.92 |
| 09/29/2011 | Express Mail - Federal Express, sent 9/13/11 | 8.30 |
| | Total Costs | 4,785.43 |

| | | |
|---|---|---|
| | Total This Statement | $4,785.43 |

## Schedule B

| Name | Years experience | Hours | Rate | Amount |
|------|------|------|------|------|
| **Shareholders:** | | | | |
| Stephen D. Busey | 41 | 23.1 | $470.00 | $ 10,857.00 |
| John R. Smith, Jr. | 36 | 115.7 | 430.00 | 49,751.00 |
| Tim E. Sleeth | 34 | 19.5 | 430.00 | 8,385.00 |
| Cynthia C. Jackson | 26 | 125.2 | 380.00 | 47,576.00 |
| Allan E. Wulbern | 12 | 3.6 | 345.00 | 1,242.00 |
| Subtotal: | | 287.1 | | $117,811.00 |
| **Associates:** | | | | |
| Christopher H. Henderson | 3 | 134.6 | 280.00 | 37,688.00 |
| Zachary D. Warren | 2 | 60.1 | 255.00 | 15,325.50 |
| Subtotal: | | 194.7 | | $ 53,013.50 |
| **Paralegals:** | | | | |
| Kimberly D. Stewart | 24 | 37.6 | 155.00 | 5,828.00 |
| Tana L. Copeland | 6 | 20.2 | 155.00 | 3,131.00 |
| Therese M. Lee | 21 | 9.1 | 145.00 | 1,319.50 |
| Ann S. Canady | | 0.2 | 115.00 | 23.00 |
| Subtotal: | | 67.1 | | $ 10,301.50 |
| **Total Fees** | | | | $181,126.00 |
| **Total Hours** | | 548.9 | | |
| **Blended Hourly Rate** | | | $329.98 | |

## Schedule C

| Expenses | Total Amount |
|---|---|
| Computer Assisted Research | $  223.64 |
| Document Duplicating (6,406 pages @ $0.15) | 960.90 |
| Express Mail | 51.96 |
| ADM – mail out services | 345.35 |
| Outside Document Duplicating Costs | 1,825.08 |
| Postage | 1,221.32 |
| Telephone | 157.18 |
| Total | $4,785.43 |

<u>Certificate of Service</u>

I certify that a copy of this document was furnished by mail to Miriam Suarez, Esq., Office of the U.S. Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida  32801 and Goldman Sachs Commercial Mortgage Capital L.P., c/o John B. Hutton, III, Esq., 333 S.E. 2nd Avenue, Suite 4400, 333 Avenue of the Americas, Miami, Florida  33131-3238, this 5th day of October, 2011.



*s/ Cynthia C. Jackson*
Attorney

771631