**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 3:10-bk-01596 |
| | | |
| RQB Resort, LP and RQB | ) | Chapter 11 |
| Development, LP,[1] | | |
| | ) | Jointly Administered |
| Debtors. | | |
| _____ | ) | |

**NOTICE OF FILING**

Debtors, RQB Resort, LP and RQB Development, LP, give notice of filing the attached Summary of Votes on Debtors' Amended Joint Plan by Class of Creditors with a copy of the ballots attached as Exhibit A.

SMITH HULSEY & BUSEY

By____*/s/ Cynthia C. Jackson*
      Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Attorneys for Debtor

---

[1] RQB Resort, LP's tax identification number is 86-1161952. RQB Development, LP's tax identification number is 13-4322680. The principal address of each debtor is 1000 PGA Tour Boulevard, Ponte Vedra Beach, FL 32082.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:10-bk-01596 |
| RQB Resort, LP and RQB Development, LP,[1] | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |

## SUMMARY OF VOTE ON DEBTORS' AMENDED JOINT PLAN BY CLASS OF CREDITORS

**Ballot Deadline:**           October 7, 2011

**Confirmation Hearing:**      October 18, 2011

**Prepared By:**               Cynthia C. Jackson

| Creditor Classification | Ballot Number | Creditor Class Description (Security and Impaired Status) Vote Tabulation | Class Preference |
|---|---|---|---|
| 1 | 1 | **Secured Tax Claims – Impaired** <br> Dennis W. Hollingsworth, St. Johns County Tax Collector <br> Claim #8      $    606,233.12 | Accepts |
| 2 | 2 | **Goldman's Secured Claim - Impaired** <br> Goldman Sachs Mortgage Company <br> Claim #23 and 40      $132,000,000.00 | Accepts |
| 3 | 3 – 10 | **Unsecured Claims Against RQB Resort (Trade) - Impaired** <br> Number of Votes   %      Amount of Claim   % <br> Accepts    8    100%    $    5,084.85   100% <br> Rejects    0    0%    $      0.00    0% | Accepts |
| 4 | 11 – 15 | **General Unsecured Claims - Impaired** <br> Number of Votes   %      Amount of Claim   % <br> Accepts    4    80%    $72,048,126.86   96.6% <br> Rejects    1    20%    $ 2,500,000.00   3.4% | Accepts |
| 5 | None | **Equity Interests - Impaired** | None |

772427

---

[1] RQB Resort, LP's tax identification number is 86-1161952. RQB Development, LP's tax identification number is 13-4322680. The principal address of each debtor is 1000 PGA Tour Boulevard, Ponte Vedra Beach, FL 32082.

# EXHIBIT A

F I L E D
JACKSONVILLE, FLORIDA

SEP 2 6 2011

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Case Number 3:11–bk–1596–PMG Jointly Administered

Debtor RQB Resort LP and RQB Development, LP

### *BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION*

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two–thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

*To have your vote count, you must complete and return this ballot.*

*Electronically filed ballots are not acceptable pursuant to Administrative Order Jax 2004–2.*

The undersigned, a class ___1___ creditor of the above–named debtor in the unpaid principal amount of $ __2,016,854.64__

*(Check one box)* (X ) *ACCEPTS* (  ) *REJECTS*

the Plan of Reorganization of the debtor.

Dated: _____9/23/11_____

   Name of Creditor  DENNIS W. HOLLINGSWORTH, ST JOHNS COUNTY TAX COLLECTOR

   Creditor's Signature  *Dennis W. Hollingsworth*

   By _____
      (If Appropriate)

   As _____
      (Agent of Creditor)

   Address ____PO Box 9001 (4030 Lewis Speedway)____

      ____St. Augustine FL 32085–9001____

All ballots must be received on or before October 7, 2011 .

*********************************************************************************

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan St. Suite 3–350
Jacksonville, FL 32202

For Ballot Tabulation Only
*********************************************************

Ballot No. ___1___   Creditor Class ___1___

Claim No. ___8___   Claim $ _606233.12_

Claim Amount per Schedule $ _____

Case Number 3:11-bk-1596-PMG Jointly Administered

Debtor RQB Resort LP and RQB Development, LP

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

*To have your vote count, you must complete and return this ballot.*

*Electronically filed ballots are not acceptable pursuant to Administrative Order Jax 2004-2.*

The undersigned, a class ___2___ creditor of the above-named debtor in the unpaid principal amount of $132,000,000.00

*(Check one box) ( X ) ACCEPTS ( ) REJECTS*

the Plan of Reorganization of the debtor.

F I L E D
JACKSONVILLE, FLORIDA

OCT 6 2011

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Dated: __October 4, 2011__

Name of Creditor __Goldman Sachs Mortgage Company__

Creditor's Signature _____

By __John B. Hutton__
   (If Appropriate)

As __Attorney__
   (Agent of Creditor)

Address __333 Avenue of the Americas, Suite 4400__

__Miami, Florida 33131__

All ballots must be received on or before October 7, 2011 .

*********************************************************************************

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan St. Suite 3-350
Jacksonville, FL 32202

For Ballot Tabulation Only
***********************************************

Ballot No. ___2___ Creditor Class ___2___

Claim No. 40 & 23 Claim $ 195,183,259.48*

Claim Amount per Schedule $ _____

---

* Pursuant to the order dated January 6, 2011 (ECF No. 364), this Court valued the secured claim of Goldman Sachs (no. 40 filed against RQB Resort and no. 23 filed against RQB Development) as $132,000,000.00.

Case Number 3:11-bk-1596-PMG Jointly Administered

Debtor RQB Resort LP and RQB Development, LP

F I L E D
JACKSONVILLE, FLORIDA

SEP 2 6 2011

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you
if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class.
In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds
that the Plan accords fair and equitable treatment to the class rejecting it.

*To have your vote count, you must complete and return this ballot.*

*Electronically filed ballots are not acceptable pursuant to Administrative Order Jax 2004-2.*

The undersigned, a class _____ creditor of the above-named debtor in the unpaid principal
amount of $ _223.05_ ,

*(Check one box)* (X) *ACCEPTS* ( ) *REJECTS*

the Plan of Reorganization of the debtor.

Dated: _9-23-2011_

Name of Creditor _____

Creditor's Signature _____

By _____
(If Appropriate)

As _Turner Ace Hdw_
(Agent of Creditor)

Address _13164 Atlantic Blvd_
_Jax. Fl. 32225_

All ballots must be received on or before October 7, 2011 .

*****************************************************************************************

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan St. Suite 3-350
Jacksonville, FL 32202

### For Ballot Tabulation Only
*****************************************************************************************

Ballot No. _3_    Creditor Class _3_

Claim No. _____    Claim $ _____

Claim Amount per Schedule $ _167.51_

F I L E D
JACKSONVILLE, FLORIDA

Case Number 3:11–bk–1596–PMG Jointly Administered

SEP 2 6 2011

Debtor RQB Resort LP and RQB Development, LP

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two–thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

*To have your vote count, you must complete and return this ballot.*

*Electronically filed ballots are not acceptable pursuant to Administrative Order Jax 2004–2.*

The undersigned, a class __3__ creditor of the above–named debtor in the unpaid principal amount of $ __86.09__ .

*(Check one box)* ( ✓ ) *ACCEPTS* ( ) *REJECTS*

the Plan of Reorganization of the debtor.

Dated: __9·22·11__

Name of Creditor __All-State Vacuum Company__

Creditor's Signature __Paul R. Kelly__

By _____
   (If Appropriate)

As _____
   (Agent of Creditor)

Address __5234 Beach Blvd.__
__Jacksonville, FL 32207__

All ballots must be received on or before October 7, 2011 .

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan St. Suite 3–350
Jacksonville, FL 32202

For Ballot Tabulation Only
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Ballot No. __4__        Creditor Class __3__

Claim No. __3__         Claim $ __86.09__

Claim Amount per Schedule $ _____

F I L E D
JACKSONVILLE, FLORIDA

Case Number 3:11-bk-1596-PMG Jointly Administered

SEP 2 6 2011

Debtor RQB Resort LP and RQB Development, LP

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

*BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION*

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

*To have your vote count, you must complete and return this ballot.*

*Electronically filed ballots are not acceptable pursuant to Administrative Order Jax 2004-2.*

The undersigned, a class III (3) creditor of the above-named debtor in the unpaid principal amount of $ 1551.50 ,

*(Check one box)* (X) *ACCEPTS* (  ) *REJECTS*

the Plan of Reorganization of the debtor.

Dated: September 22, 2011

Name of Creditor    Over Kill Mulch Products

Creditor's Signature    *Marth Clary*

By _____
      (If Appropriate)

As _____
      (Agent of Creditor)

Address    P.O. Box 1853
                  Keystone Heights

All ballots must be received on or before October 7, 2011 .

*******************************************************************************

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan St. Suite 3-350
Jacksonville, FL 32202

For Ballot Tabulation Only
*******************************************************
Ballot No. ___5___    Creditor Class ___3___
Claim No. ___24___    Claim $ 1,551.50
Claim Amount per Schedule $ _____

Case Number 3:11-bk-1596-PMG Jointly Administered

Debtor RQB Resort LP and RQB Development, LP

F I L E D
JACKSONVILLE, FLORIDA

SEP 3 0 2011

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

### *BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATIONS.*

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

*To have your vote count, you must complete and return this ballot.*

*Electronically filed ballots are not acceptable pursuant to Administrative Order Jax 2004-2.*

The undersigned, a class __3__ creditor of the above-named debtor in the unpaid principal amount of $ _2100.88_ ,

*(Check one box)* (X) *ACCEPTS* ( ) *REJECTS*

the Plan of Reorganization of the debtor.

Dated: __9|26|11__

Name of Creditor __GABOR Cosmetics America__

Creditor's Signature __Ruth Sh__

By __Matthew Schorr   Controller__
     (If Appropriate)

As _____
     (Agent of Creditor)

Address __580 Village Blvd__
          __West Palm Beach  FL  33409__

All ballots must be received on or before October 7, 2011 .

*********************************************************************************

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan St. Suite 3-350
Jacksonville, FL 32202

For Ballot Tabulation Only
*********************************************************************

Ballot No. __6__      Creditor Class __3__

Claim No. __13__      Claim $ _2,040.60_

Claim Amount per Schedule $ _____

Case Number 3:11–bk–1596–PMG Jointly Administered

Debtor RQB Resort LP and RQB Development, LP

*FL32060*

F I L E D
JACKSONVILLE, FLORIDA

OCT - 3 2011

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two–thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

*To have your vote count, you must complete and return this ballot.*

*Electronically filed ballots are not acceptable pursuant to Administrative Order Jax 2004–2.*

The undersigned, a class __3__ creditor of the above–named debtor in the unpaid principal amount of $ __190—__ ,

**(Check one box) ( ✓ ) ACCEPTS ( ) REJECTS**

the Plan of Reorganization of the debtor.

Dated: __9/27/11__

Name of Creditor __HEARTLAND FOOD PRODUCTS, INC__

Creditor's Signature __Joe Rams, Crd Mgr.__

1900 WEST 77TH #
S 302
WESTWOOD, KS
66205

By _____
(If Appropriate)

As _____
(Agent of Creditor)

Address _____

_____

All ballots must be received on or before October 7, 2011 .

*************************************************************************

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan St. Suite 3–350
Jacksonville, FL 32202

### For Ballot Tabulation Only
*************************************************************

Ballot No. __1__   Creditor Class __3__

Claim No. _____   Claim $ _____

Claim Amount per Schedule $ __192.00__

Case Number 3:11-bk-1596-PMG Jointly Administered

Debtor RQB Resort LP and RQB Development, LP

F I L E D
JACKSONVILLE, FLORIDA

SEP 2 7 2011

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

*To have your vote count, you must complete and return this ballot.*

*Electronically filed ballots are not acceptable pursuant to Administrative Order Jax 2004-2.*

The undersigned, a class ___4___ creditor of the above-named debtor in the unpaid principal amount of $ _439.76_

*(Check one box) (✓ ACCEPTS ( ) REJECTS*

the Plan of Reorganization of the debtor.

Dated: ___9-23-11___

Name of Creditor ___ALSCO, INC___

Creditor's Signature ___M. Barnhart___

By ___Char Brown___
   (If Appropriate)

As _____
   (Agent of Creditor)

Address ___354 PARK ST___
___Jacksonville, Fl 32204___

All ballots must be received on or before October 7, 2011 .

*****************************************************************************************

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan St. Suite 3-350
Jacksonville, FL 32202

#### For Ballot Tabulation Only
*********************************************************

Ballot No. ___8___   Creditor Class ___3___

Claim No. _____   Claim $ _____

Claim Amount per Schedule $ _439.76_

F I L E D
JACKSONVILLE FLORIDA

OCT - 3 2011

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Case Number 3:11–bk–1596–PMG Jointly Administered

Debtor RQB Resort LP and RQB Development, LP

### *BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION*

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two–thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

*To have your vote count, you must complete and return this ballot.*

*Electronically filed ballots are not acceptable pursuant to Administrative Order Jax 2004–2.*

The undersigned, a class ___4___ creditor of the above–named debtor in the unpaid principal amount of $ _148.99_ ,

*(Check one box) (✓ ) ACCEPTS ( ) REJECTS*

the Plan of Reorganization of the debtor.

Dated: _Sept 28/2011_

Name of Creditor _Ganz USA LLC_ %o _Carol Bonigut_

Creditor's Signature _Carol Bonigit_

By _____
(If Appropriate)

As _Carol Bonigut._
(Agent of Creditor)

Address _60 Industrial Pkwy #043_
_Cheektowaga, NY, 14227_

All ballots must be received on or before October 7, 2011 .

**************************************************************************************

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan St. Suite 3–350
Jacksonville, FL 32202

For Ballot Tabulation Only
**************************************************************

Ballot No. ___9___   Creditor Class ___3___

Claim No. ___13___   Claim $ _148.99_

Claim Amount per Schedule $ _____

Case Number 3:11-bk-1596-PMG Jointly Administered

Debtor RQB Resort LP and RQB Development, LP

F I L E D
JACKSONVILLE, FLORIDA

OCT - 3 2011

CLERK U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

*To have your vote count, you must complete and return this ballot.*

*Electronically filed ballots are not acceptable pursuant to Administrative Order Jax 2004-2.*

The undersigned, a class __4__ creditor of the above-named debtor in the unpaid principal amount of $ __456.40__ ,

*(Check one box)* ( X ) *ACCEPTS* ( ) *REJECTS*

the Plan of Reorganization of the debtor.

Dated: __9/27/11__

Name of Creditor __HelmsBriscoe__

Creditor's Signature __Rachel Sm__

By __1__
    (If Appropriate)

As _____
    (Agent of Creditor)

Address __20875 N. 90th Place__
__Scottsdale, AZ 85255__

All ballots must be received on or before October 7, 2011 .

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan St. Suite 3-350
Jacksonville, FL 32202

### For Ballot Tabulation Only
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Ballot No. __10__    Creditor Class __3__

Claim No. __63 & 64__    Claim $ __300.00 & $158.40__

Claim Amount per Schedule $ _____

Case Number 3:11−bk−1596−PMG Jointly Administered

Debtor RQB Resort LP and RQB Development, LP

F I L E

JACKSON···

OCT − 3 2011

··· BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

### *BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION*

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two−thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

*To have your vote count, you must complete and return this ballot.*

*Electronically filed ballots are not acceptable pursuant to Administrative Order Jax 2004−2.*

The undersigned, a class _____ creditor of the above−named debtor in the unpaid principal amount of $ *1,800.58.*

*(Check one box)* (X) *ACCEPTS* ( ) *REJECTS*

the Plan of Reorganization of the debtor.

Dated: _*9/27/11*_____

Name of Creditor *Hospitality Staff*

Creditor's Signature _____

By _____
(If Appropriate)

As _____
(Agent of Creditor)

Address *P.O. Box 495905*
*Port Charlotte, FL 33949−5905*

All ballots must be received on or before October 7, 2011 .

*********************************************************************************

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan St. Suite 3−350
Jacksonville, FL 32202

For Ballot Tabulation Only
*****************************************************

Ballot No. __11__    Creditor Class __4__

Claim No. __16__    Claim $ _1,500.58_

Claim Amount per Schedule $ _____

Case Number 3:11–bk–1596–PMG Jointly Administered

Debtor RQB Resort LP and RQB Development, LP

**FILED**
JACKSONVILLE, FLORIDA

OCT 0 5 2011

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

### *BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION*

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two–thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

*To have your vote count, you must complete and return this ballot.*

*Electronically filed ballots are not acceptable pursuant to Administrative Order Jax 2004–2.*

The undersigned, a class _____ creditor of the above–named debtor in the unpaid principal amount of $ *125.00*.

*(Check one box)* (✓) *ACCEPTS* ( ) *REJECTS*

the Plan of Reorganization of the debtor.

Dated: *10/03/11*

Name of Creditor *Alex Quijano*

Creditor's Signature *Alex Quijano*

By _____
　　(If Appropriate)

As _____
　　(Agent of Creditor)

Address *4630 Palm Valley Rd.*
*Ponte Vedra, FL 32082*

All ballots must be received on or before October 7, 2011 .

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan St. Suite 3–350
Jacksonville, FL 32202

For Ballot Tabulation Only
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Ballot No. *12*　　Creditor Class *4*

Claim No. *25*　　Claim $ *125.00*

Claim Amount per Schedule $ _____

Case Number 3:11-bk-1596-PMG Jointly Administered

Debtor RQB Resort LP and RQB Development, LP

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

*To have your vote count, you must complete and return this ballot.*

*Electronically filed ballots are not acceptable pursuant to Administrative Order Jax 2004-2.*

The undersigned, a class ___4___ creditor of the above-named debtor in the unpaid principal amount of $ 63,783,259.48

F I L E D
JACKSONVILLE, FLORIDA

OCT 6 2011

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

*(Check one box) (* x *) ACCEPTS ( ) REJECTS*

the Plan of Reorganization of the debtor.

Dated: __October 4, 2011__

Name of Creditor __Goldman Sachs Mortgage Company__

Creditor's Signature _____

By __John B. Hutton__
(If Appropriate)

As __Attorney__
(Agent of Creditor)

Address __333 Avenue of the Americas, Suite 3300__

__Miami, FL 33131__

All ballots must be received on or before October 7, 2011 .

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan St. Suite 3-350
Jacksonville, FL 32202

For Ballot Tabulation Only
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Ballot No. __13__ Creditor Class __4__

Claim No. __40 & 23__ Claim $ __195,783,259.48__ *

Claim Amount per Schedule $ _____

\* Pursuant to the order dated January 6, 2011 (ECF No. 364), this Court valued the secured claim of Goldman Sachs (no. 40 filed against RQB Resort and no. 23 filed against RQB Development) as $132,000,000.00. The balance of the claim ($63,783,259.48) as reflected in this ballot represents the unsecured deficiency amount.

Case Number 3:11-bk-1596-PMG Jointly Administered

Debtor RQB Resort LP and RQB Development, LP

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

*To have your vote count, you must complete and return this ballot.*

*Electronically filed ballots are not acceptable pursuant to Administrative Order Jax 2004-2.*

The undersigned, a class __4__ creditor of the above-named debtor in the unpaid principal amount of $ 8,263,241,80

*(Check one box) (×) ACCEPTS (  ) REJECTS*

the Plan of Reorganization of the debtor.

Dated: __October 4, 2011__

   Name of Creditor __Goldman Sachs Lending Partners, LLC__

   Creditor's Signature _____

   By __John B. Hutton__
        (If Appropriate)

   As __Attorney__
        (Agent of Creditor)

   Address __333 Avenue of the Americas, Suite 4400__

        __Miami, FL 33131__

All ballots must be received on or before October 7, 2011 .

F I L E D
JACKSONVILLE, FLORIDA
OCT 6 2011
CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

*******************************************************************************

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan St. Suite 3-350
Jacksonville, FL 32202

For Ballot Tabulation Only
*********************************************
Ballot No. __14__   Creditor Class __4__

Claim No. __72 & 31__   Claim $ __8,263,241.80__

Claim Amount per Schedule $ _____

Case Number 3:11-bk-1596-PMG Jointly Administered

Debtor RQB Resort LP and RQB Development, LP

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

*To have your vote count, you must complete and return this ballot.*

*Electronically filed ballots are not acceptable pursuant to Administrative Order Jax 2004-2.*

The undersigned, a class ___4___ creditor of the above-named debtor in the unpaid principal amount of $ 2,500,000 (estimated damages)

**(Check one box) (   ) ACCEPTS ( x) REJECTS**

the Plan of Reorganization of the debtor.

Dated: October 7, 2011

Name of Creditor   Ellen Pan, M.D.

Creditor's Signature

By   Jacob A. Brown
    (If Appropriate)

As   Attorney
    (Agent of Creditor)
    Akerman Senterfitt
Address 50 North Laura Street, Suite 3100

    Jacksonville, FL 32202

All ballots must be received on or before October 7, 2011 .

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan St. Suite 3-350
Jacksonville, FL 32202

For Ballot Tabulation Only
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Ballot No. ___15___   Creditor Class ___4___

Claim No. _Bb & 34_   Claim $_2,500,000.00_

Claim Amount per Schedule $ _____

F I L E D
JACKSONVILLE, FLORIDA

OCT – 7 2011

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Case Number 3:11–bk–1596–PMG Jointly Administered

Debtor RQB Resort LP and RQB Development, LP

*BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION*

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two–thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

*To have your vote count, you must complete and return this ballot.*

*Electronically filed ballots are not acceptable pursuant to Administrative Order Jax 2004–2.*

The undersigned, a class ___F___ creditor of the above–named debtor in the unpaid principal amount of $ _86.83_ ,

*(Check one box) ( ) ACCEPTS ( ) REJECTS*

the Plan of Reorganization of the debtor.

Dated: __10/5/2011__

Name of Creditor __Genuine Parts Company__

Creditor's Signature __[signature]__

By _____
    (If Appropriate)

As __LEGAL SUPERVISOR__
    (Agent of Creditor)

Address __4625 River Green Pkwy__

__Duluth, GA. 30096__

All ballots must be received on or before October 7, 2011 .

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan St. Suite 3–350
Jacksonville, FL 32202

For Ballot Tabulation Only
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Ballot No. __16__    Creditor Class _____

Claim No. _____    Claim $ _____

Claim Amount per Schedule $ _____

*10*

Case Number 3:11-bk-1596-PMG Jointly Administered

Debtor RQB Resort LP and RQB Development, LP

F I L E D
JACKSONVILLE, FLORIDA

OCT 1 2 2011

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

### *BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION*

The Plan of Reorganization referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds in dollar amount and more than half in number of the ballot for each class. In the event the requisite acceptances are not obtained the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

*To have your vote count, you must complete and return this ballot.*

*Electronically filed ballots are not acceptable pursuant to Administrative Order Jax 2004-2.*

The undersigned, a class ___3___ creditor of the above-named debtor in the unpaid principal amount of $ _2816.31_ ,

*(Check one box) ( ✓ ACCEPTS ( ) REJECTS*

the Plan of Reorganization of the debtor.

Dated: _10-7-11_

    Name of Creditor _Raintree Graphics_

    Creditor's Signature _Mike Seethaler_

    By _Mike Seethaler_
       (If Appropriate)

    As _President_
       (Agent of Creditor)

    Address _5921 Richard St._
       _Jacksonville, FL 32216_

All ballots must be received on or before October 7, 2011 .

*******************************************************************************

Mail to:
Clerk
U.S. Bankruptcy Court
300 North Hogan St. Suite 3-350
Jacksonville, FL 32202

For Ballot Tabulation Only
**********************************************
Ballot No. __17__    Creditor Class _____

Claim No. _____    Claim $ _____

Claim Amount per Schedule $ _____

## Certificate of Service

I certify that a copy of this document has been furnished electronically through the Court's CM/ECF electronic notification system to Miriam Suarez, Esq., Office of the U.S. Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801 and Goldman Sachs Commercial Mortgage Capital L.P., c/o John B. Hutton, III, Esq., 333 S.E. 2nd Avenue, Suite 4400, 333 Avenue of the Americas, Miami, Florida 33131-3238, this 13th day of October, 2011.

_____
/s/ Cynthia C. Jackson
Attorney

772798