# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:10-bk-01596 |
| RQB Resort, LP and RQB Development, LP, | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | |

## STIPULATION BETWEEN THE DEBTORS AND ELLEN PAN, M.D.

RQB Resort, LP and RQB Development, LP (collectively, the "Debtors") and Ellen Pan, M.D. ("Dr. Pan") stipulate and agree as follows:

1. On March 1, 2010, the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. On August 4, 2010, Dr. Pan filed a motion for relief from the automatic stay (the "Stay Relief Motion"; ECF No. 232) seeking to proceed with a personal injury action against the Debtors and other defendants styled as *Ellen Pan, M.D. v. RQB Resort, L.P., aka Sawgrass Marriott Golf Resort & Cabana Club, et al.*, Circuit Court, Seventh Judicial Circuit, in and for St. Johns County, Florida; Case No. CA10-299, Division 55 (the "State Court Action").

3. On September 8, 2010, and September 24, 2010, Dr. Pan filed unsecured claims against RQB Resort, L.P. (Claim No. 86) and RQB Development, L.P. (Claim No. 34), respectively, in the amount of $2,500,000 for damages arising from her allegations in the State Court Action (the "Claims").

4.  On September 28, 2010, the Court entered an Order granting the Stay Relief Motion (ECF No. 301), allowing Dr. Pan to proceed with the State Court Action for the purpose of seeking recovery from the Debtors' insurers, Tokio Marine & Nichido Fire Insurance Co., Ltd. (the "General Policy") and St. Paul Fire & Marine Insurance Company (the "Excess Policy"; together with the General Policy, the "Insurance Policies").

5.  Within ten business days of the date of this stipulation, the Debtors will provide counsel for Dr. Pan with certified copies of the Insurance Policies.

6.  On September 20, 2011, the Debtors filed their Second Amended Plan of Reorganization (the "Plan"; ECF No. 537).

7.  On October 11, 2011, Dr. Pan filed an objection to confirmation of the Plan (the "Objection"; ECF No. 587).

8.  The Debtors will include a provision in any proposed order confirming the Plan that the entry of such order has no effect on Dr. Pan's ability to seek recovery from the Debtors' insurance providers in the State Court Action.

9.  To the extent the Insurance Policies contain a deductible or self insured retention or insufficient coverage for the Claims, Dr. Pan may pursue her Claims against the Debtors' estates and the Debtors may object to any such Claims.

10. Dr. Pan will withdraw the Objection with prejudice at the time of filing of this stipulation.

11. The undersigned represent that they have the authority to execute this stipulation on behalf of their respective clients.

| AKERMAN SENTERFITT | SMITH HULSEY & BUSEY |
|---|---|
| By: /s/ Jacob A. Brown | By: /s/ Cynthia C. Jackson |
| Florida Bar Number 0170038<br>50 North Laura Street, Suite 3100<br>Jacksonville, Florida 32202<br>(904) 798-3700<br>(904) 798-3730 (facsimile)<br>jacob.brown@akerman.com | Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Ellen Pan, M.D. | Counsel for the Debtors |

22407662_1.DOC