UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
300 North Hogan Street Suite 3-350
Jacksonville, Florida 32202
(904)301-6490

October 18, 2011

In re: RQB Resort, LP and RQB Development, LP        Case No. 3:10-bk-01596-PMG
                                                     Chapter 11

Dear Ms. Cynthia Jackson :

Enclosed is a blank form as an example in compiling statistical data to accompany your Motion for Final Decree.

The last date for filing claims for the above captioned cases was June 13, 2010 . Pursuant to Local Rule 3020-1(c), you must file objections to claims and scheduled creditors no later than thirty (30) days after the entry of an Order of Confirmation. Any claim or scheduled creditor not objected to shall be deemed allowed. You are required to examine the claims.

Please submit a Certification of Substantial Consummation to the court with your Motion and proposed Final Decree. Pursuant to Local Rule 3022-1 it is the Debtor(s) responsibility to file a certificate of substantial consummation within 30 days after the Order of Confirmation or thirty (30) days after the disposition of all objections to claims, if any are filed, whichever is later. Please list on the certificate all claims and all scheduled creditors and show how they were dealt with, such as paid a percentage, or collateral was surrendered and claimant did not file a claim for a deficiency balance, etc. Also, be sure to include the satisfaction of all classes as listed in the plan and list the payment of all Court awarded fees. Failure to comply may result in sanctions pursuant to Local Rule 9011-3.

Lee Ann Bennett , Clerk of Court
300 North Hogan Street Suite 3-350
Jacksonville, FL 32202

# CERTIFICATE OF SUBSTANTIAL CONSUMMATION

PAGE 1 OF ___

IN RE:
CASE NO:

Debtor(s) /

I, _____ and _____ (Individual Debtor or Corporate Debtor's Officer) (Attorney for Debtor, if if any)

certify that the debtor has paid all claimants and scheduled creditors pursuant to the provisions of the Plan for Reorganization and that the plan has been substantially consummated within the meaning of 11 U.S.C. §1101(2) as follows:

| Class No. | *Type | *From(Alphabetical) | Amt Claimed | Amt Paid |
|---|---|---|---|---|
| | | | | |

UNSWORN DECLARATION

I certify under penalty or perjury that the foregoing is true and correct.

Debtor/Corporate Debtor(s)'Officer

Attorney for Debtor (Name, address, phone and bar numbers)

*Type: Indicate (1) Priority, (2) Secured, (3) Unsecured
*From: Indicate if paid per schedules or proof of claim (POC)