[31714A] [Notice of Preliminary Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:10–bk–01596–PMG
Chapter 11

RQB Resort, LP
aka Sawgrass Marriott Resort & Cabana Club

_____Debtor(s)_____/

NOTICE OF PRELIMINARY HEARING

    NOTICE IS GIVEN that a preliminary hearing in this case will be held in 4th Floor Courtroom 4A, 300 North Hogan Street, Jacksonville, Florida, on November 7, 2011 at 2:30 p.m. , to consider and act upon the following matter:

    Objection to the Fee Applications of Smith Hulsey & Busey and Adams and Reese LLP Filed by Goldman Sachs Mortgage Company

    and transact such other business as may properly come before the hearing.

    1. The hearing may be continued upon announcement made in open Court without further notice.

    2. *Appropriate Attire*. You are reminded that Local Rule 5072–1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

    3. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

    Dated October 27, 2011.

                        Lee Ann Bennett, Clerk of Court
                        300 North Hogan Street Suite 3–350
                        Jacksonville, FL 32202

    Copies furnished to:
    Debtor
    Debtor(s)' Attorney
    Trustee
    US Trustee
    Local Rule 1007(d)
    John Hutton