Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Ph. 619-220-8900/ Fax 619-220-8112

RECEIVED
NOV 0 8 2011

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

RQB Resort, LP, and RQB Development, LP, et al.,

Debtors.

CHAPTER 11

Case No. 3:10-bk-01596
(Jointly Administered)

NOTICE OF TRANSFER OF CLAIM
OTHER THAN FOR SECURITY AND
WAIVER OF NOTICE

Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled claim of METRO PROPERTY SERVICES, INC. ("Transferor") against the Debtor in the amount of $224.54, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all other claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the claim is not less than $224.54 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to DACA any correspondence or payments received subsequent to the date of this agreement and authorize DACA to take any steps necessary to transfer this claim and all claims we hold against the above debtor into their name. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
METRO PROPERTY SERVICES, INC.
3530 ST AUGUSTINE ROAD   JACKSONVILLE FL 32207

Print Name  Wendy Okie           Title  Office Manager
Signature   Wendy Okie           Date   11/10/11

Updated Address if needed) _____

Phone 904-399-1020  Fax 904-399-0311  E-Mail Wendy@metropropertyservices.com

Federal Tax Identification / Social Security Number: 59-3069064

TRANSFEREE:
Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: _____
Andrew Whatnall

Mail Ref# -67
3003089

In re RQB Resorts, LP , Case No. 3:10-bk-01596
Debtor(s) (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 191 Metro Property Services, Inc. 3530 St. Augustine Road Jacksonville FL 32207 | | | | | | $ 224.54 |
| Account No: Creditor # : 192 Middleburg 1170 Timberwalk Drive Loganville GA 30052 | | Advance Deposits | | | | $ 1,000.00 |
| Account No: Creditor # : 193 Mitch Kinsey | | | | | | $ 125.00 |
| Account No: Creditor # : 194 MJN Residents Research 2400 W. Llyod Expwy. Evansville IN 47721 | | Advance Deposits | | | | $ 3,500.00 |
| Account No: Creditor # : 195 Mobile Mini, Inc. | | | | | | $ 186.80 |
| Account No: Creditor # : 196 More Than Gourmet P.O. Box 74914 Cleveland OH 44194-4914 | | | | | | $ 142.82 |

Sheet No. 32 of 53 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 5,179.16

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)