UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:10-bk-01596 |
| RQB Resort, LP and RQB Development, LP,[1] | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | |

### ORDER ALLOWING THIRD INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES TO SMITH HULSEY & BUSEY AS COUNSEL FOR THE DEBTORS

This case came before the Court on November 7, 2011, upon the (i) third interim application (ECF No. 542; the "Third Interim Application"), (ii) supplement to third interim application (ECF No. 570; the "Supplement to Third Interim Application") and (iii) final application (ECF No. 562; the "Final Application") filed by Smith Hulsey & Busey for allowance of compensation for services rendered and reimbursement of expenses incurred as counsel for the Debtors (collectively, the "Applications"). On October 25, 2011, Goldman Sachs Mortgage Company ("Goldman") filed an objection (ECF No. 610; the "Objection") to the Applications. Goldman withdrew its Objection as to the Third Interim Application and the Supplement to Third Interim Application in open court without prejudice to its right to object to the Final Application. The Debtors and Goldman have agreed to a continuance of the hearing on the Final Application for a period of fifteen days, subject to the Court's calendar. Accordingly, it is

---

[1] RQB Resort, LP's tax identification number is 86-1161952. RQB Development, LP's tax identification number is 13-4322680. The principal address of each debtor is 1000 PGA Tour Boulevard, Ponte Vedra Beach, FL 32082.

**ORDERED** as follows:

1. Smith Hulsey is awarded (a) interim fees in the amount of $766,304.00, which represents 100% of the total fees requested in the Third Interim Application and Supplement to Third Interim Application and (b) expenses in the amount of $13,674.13, which represents 100% of the total amount requested in the Third Interim Application and Supplement to Third Interim Application, for a total amount of $779,978.13.

2. The Debtors are authorized and directed to pay the amounts not previously paid to Smith Hulsey: fees in the amount of $298,161.60 and expenses in the amount of $4,785.43.

3. A continued hearing on the Final Application will be held on December 1, 2011 @ 9:00 am

Dated November 16, 2011 in Jacksonville, Florida.

_____
Paul M. Glenn
United States Bankruptcy Judge

Copies furnished to:

Cynthia C. Jackson who shall serve a copy of this order to all parties on the service Short List established in these cases and file a certificate of service.

774212